CO-386
10/2018

# United States District Court
# For the District of Columbia

CRISTOSAL HUMAN RIGHTS, ET AL.    )
)
)
)
            Plaintiff  )     Civil Action No. __1:25-cv-00857_____
vs                                )
PETER MAROCCO, ET AL.             )
)
)
            Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                     Attorney of Record

                                     _____/s/Gregory Briker_____
                                     Signature

DC Bar No. 90030391                  Gregory Briker
_____    _____
BAR IDENTIFICATION NO.               Print Name

                                     600 New Jersey Avenue NW
                                     _____
                                     Address

                                     Washington, DC 20001
                                     _____
                                     City           State           Zip Code

                                     202-661-6806
                                     _____
                                     Phone Number