UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

   *Plaintiffs,*

   *v.*

PETER MAROCCO et al.,

   *Defendants.*

Case No. _____

**MOTION FOR *PRO HAC VICE* ADMISSION OF
KATE TALMOR AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(c), I hereby move for admission *pro hac vice* of Kate Talmor as additional counsel for Plaintiffs Cristosal Human Rights, et al. A declaration from Kate Talmor, a certificate of good standing from the Maryland Bar, and a proposed order are filed herewith.

March 21, 2025

Respectfully submitted,

/s/ Gregory Briker
Gregory Briker (D.C. Bar. No. 90030391)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6806
gb954@georgetown.edu

*Attorney for Plaintiffs*