# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Cristosal Human Rights, et al.,
_____
           Plaintiff(s)

vs.                                                Case Number:

Peter Marocco, et al.,
_____
           Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Kate Talmor

2. State bar membership number: Maryland bar, no number assigned

3. Business address, telephone and fax numbers:
   ICAP, 600 New Jersey Avenue, NW Washington DC 20001 (202) 661-6728

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Maryland state bar; U.S. Courts of Appeals for the Seventh and Ninth Circuits

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes [ ]   No [✔]

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes [ ]   No [✔]

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 1

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? Admission pending

9. Do you have a pending application for admission into USDC for the District of Columbia? Yes

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. [✔] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [ ] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

March 21, 2025
DATE

_Kate Talmor_
SIGNATURE OF ATTORNEY

# Supreme Court of Maryland

Annapolis, MD



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

    I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twenty-seventh day of January, 2016,

## *Kate Talmor*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-seventh day of April, 2025.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-sixth day of February, 2025.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland