UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., *Plaintiffs*, v. PETER MAROCCO et al., *Defendants*. | Case No. _____ |

**MOTION FOR *PRO HAC VICE* ADMISSION OF
SAMUEL SIEGEL AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(c), I hereby move for admission *pro hac vice* of Samuel Siegel as additional counsel for Plaintiffs Cristosal Human Rights, et al. A declaration from Samuel Siegel, a certificate of good standing from the California Bar, and a proposed order are filed herewith.

March 21, 2025

Respectfully submitted,

/s/ Gregory Briker
Gregory Briker (D.C. Bar. No. 90030391)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6806
gb954@georgetown.edu

*Attorney for Plaintiffs*