IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., *Plaintiffs,* v. PETE MAROCCO et al., *Defendants.* | Case No.: _____ |

# [PROPOSED] ORDER

Upon consideration the Motion for Admission *pro hac vice* of Samuel Siegel, it is hereby ORDERED that the Motion for Admission *pro hac vice* is GRANTED and that Samuel Siegel is admitted *pro hac vice* to appear and participate fully in the above-captioned case.

Dated: _____, 2025

_____
The Hon. _____
United States District Judge