IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., *Plaintiffs,* v. PETE MAROCCO et al., *Defendants.* | Case No.: _____ |

## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs hereby move this Court to issue a preliminary injunction enjoining Defendants from freezing, pausing, or otherwise preventing the disbursement of funds obligated under the terms of grant agreements and contracts entered into by the Inter-American Foundation in effect as of February 28, 2025; enjoining Defendants from continuing to keep Inter-American Foundation employees on administrative leave and from implementing or otherwise giving effect to a reduction in force with respect to those employees; enjoining Defendants to pay any funds unlawfully withheld from Inter-American Foundation grantees and contractors since February 28, 2025, and to return any funds sent by Inter-American Foundation grantees back to the federal government under the terms of the March 4, 2025, letter issued to those grantees; and enjoining Defendant Peter Marocco, and any purported successors to him, from purporting to exercise the authority of the Inter-American Foundation Board or its President, unless a Board member shall be installed through the statutorily required advice-and-consent process, 22 U.S.C. § 290f(g), and thereby designates a new President, for the reasons set forth in the accompanying memorandum of law. Plaintiffs also respectfully request that the Court rule on this motion no later than April 4, 2025, for the reasons explained in their memorandum.

March 21, 2025                                      Respectfully submitted,

/s/ Gregory Briker
Kate Talmor* (Maryland Bar)
Rupa Bhattacharyya† (D.C. Bar. No. 1631262)
Gregory Briker (D.C. Bar. No. 90030391)
Mary B. McCord (D.C. Bar. No. 427563)
Samuel P. Siegel* (California Bar)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6806
kt894@georgetown.edu
rb1796@georgetown.edu
gb954@georgetown.edu
mbm7@georgetown.edu
ss5427@georgetown.edu

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming. DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.*

†*Application for Admission to DDC Bar forthcoming.*