EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.

*demandantes,*

vs.

PETER MAROCCO et al.,

*demandados.*

Número de caso: _____

### DECLARACIÓN DE CARLOS ALFONSO A FAVOR DEL DEMANDANTE ASOCIACIÓN INSTITUTO SALVADOREÑO DE EDUCACIÓN COOPERATIVA Y AGRICULTURA ORGÁNICA

Yo, Carlos Alfonso Ramos Gámez, declaro lo siguiente:

1. Soy el presidente de la Asociación Instituto Salvadoreño de Educación Cooperativa y Agricultura Orgánica (ISEAC). Presento esta declaración en apoyo de la solicitud de los Demandantes de una medida cautelar preliminar. Las afirmaciones realizadas en esta declaración están basadas en mi conocimiento personal y en mi comprensión de la información puesta a mi disposición en cumplimiento de mis funciones como presidente de ISEAC.

2. ISEAC es una organización no gubernamental de El Salvador dedicada a promover prácticas agrícolas sostenibles y a mejorar la seguridad alimentaria en las comunidades rurales. ISEAC opera en seis comunidades rurales del departamento de Ahuachapán, y se centra en el empoderamiento de pequeñas explotaciones agrícolas familiares mediante la educación y el apoyo a la producción de métodos agrícolas orgánicos.

3. ISEAC ha colaborado con la Fundación desde 2021 y recibió un total de $280,000 entre 2021 y 2024. Usó estos fondos para apoyar a pequeños agricultores mediante la enseñanza de técnicas de gestión agrícola que les permitirán aumentar la productividad de sus tierras a largo plazo.

1

Gracias a la subvención, ISEAC trabajó directamente con 245 familias a fin de enseñarles a usar el sistema ancestral de milpa, una práctica agrícola tradicional mesoamericana en la que se mezclan cultivos en un mismo terreno para crear un sistema alimentario sostenible y diverso. En promedio, estas familias casi duplicaron el tamaño de sus fincas; pasaron de unos 500 metros cuadrados cada una a unos 1,000 metros cuadrados cada una. Cada finca cultivaba al menos 12 cultivos, incluidos maíz, calabaza, pepino, tomate y lechuga. Los agricultores vendían y consumían estos productos, lo que mejoraba su alimentación y salud. También desarrollamos un programa de estudios que los agricultores podían usar para capacitar a otras personas en la técnica de la milpa.

4. En agosto de 2024, acordamos una segunda enmienda a nuestro acuerdo con la Fundación, que habría extendido el programa hasta octubre de 2026 y nos habría otorgado $242,700 adicionales. Según los términos de la extensión, habríamos capacitado a 120 pequeños agricultores adicionales en la metodología milpa. También planeábamos establecer un mercado para que los agricultores vendieran sus productos. Además, habríamos brindado capacitación a al menos 30 jóvenes sobre prácticas agrícolas sostenibles y desarrollado recursos para crear mayor conciencia sobre la metodología milpa que podrían impartirse a otros agricultores.

5. El 4 de marzo de 2025, recibimos una carta de Peter Marocco, quien dijo ser el presidente interino de la Fundación. Dicha carta indicaba que la subvención de la Fundación a ISEAC era "incompatible con las prioridades de la agencia" y que "la orden ejecutiva del Presidente del 19 de febrero de 2025 exige que la IAF elimine todas las actividades y funciones no requeridas por ley". Además, instruía a "enviar los fondos restantes no usados a la IAF, de conformidad con la cláusula de rescisión y la legislación local, en un plazo de quince (15) días o tan pronto como sea posible". No proporcionó ninguna otra explicación. Se adjunta a esta declaración una copia de la carta que recibimos.

6. A la fecha, se adeudan a ISEAC $187,700 según los términos de su acuerdo de subvención. Sin estos fondos, ISEAC no podrá seguir trabajando con pequeños agricultores para que abandonen las técnicas agrícolas que implican el monocultivo y el uso de pesticidas. Esto reducirá la capacidad de la tierra para producir alimentos de forma sostenible, lo que, a su vez, reducirá la capacidad de las familias para subsistir y generar ingresos.

7. La inseguridad alimentaria es un factor crítico que obliga a las personas a migrar de El Salvador a Estados Unidos. El país forma parte del Corredor Seco Centroamericano y experimenta lluvias irregulares y sequías prolongadas que provocan importantes pérdidas de cultivos. Estos desastres provocan escasez de alimentos, que obliga a las familias a buscar mejores condiciones de vida en otros lugares, a menudo emprendiendo peligrosos viajes a Estados Unidos. Organizaciones como ISEAC desempeñan un papel vital en la mitigación de la inseguridad alimentaria mediante la promoción de prácticas agrícolas sostenibles. Sus esfuerzos mejoran el rendimiento de los cultivos y brindan estabilidad económica a las comunidades rurales. El fin del apoyo del Fondo a estas iniciativas socava directamente la capacidad de estas comunidades para autoabastecerse, lo que aumenta la probabilidad de migración.

8. La escasez de alimentos no solo impulsa la migración, sino que también exacerba la violencia de pandillas. En regiones con recursos limitados, las organizaciones criminales explotan a las poblaciones vulnerables, reclutando a personas que carecen de oportunidades económicas. El Salvador ha experimentado una de las tasas de homicidios más altas del mundo, con una violencia vinculada principalmente a pandillas callejeras rivales (maras) que luchan entre sí y contra el Estado. Esta violencia crea un ciclo en el que la inseguridad conduce a una reducción de la productividad agrícola, lo que agrava aún más la inseguridad alimentaria e impulsa a más personas a emigrar.

9. Nuestra relación con el personal de la Fundación también ha proporcionado importantes beneficios no monetarios. Los enlaces de la Fundación han brindado un apoyo

3

importante durante todo el ciclo de vida de la subvención. Nos han conectado con otros recursos y organizaciones, y nos han brindado apoyo para la resolución de problemas organizativos y administrativos. Además, los especialistas en monitoreo y evaluación de la Fundación nos han realizado visitas periódicas. Estos especialistas nos brindan apoyo técnico y asesoramiento, y nos han ayudado a mejorar nuestros sistemas y estrategias de monitoreo. Los auditores contratados por la Fundación también nos han brindado asistencia en materia de contabilidad, documentación y cumplimiento de la legislación pertinente. Estos servicios han sido fundamentales para el crecimiento de ISEAC como organización y nos permitieron acceder a financiación adicional de otras fuentes.

Declaro bajo pena de perjurio, de conformidad con la legislación de los Estados Unidos de América, que lo anterior es cierto y correcto.

Ejecutado el 20 de marzo de 2025 en San Salvador, El Salvador.

_____
Carlos Alfonso Ramos Gámez
Presidente, Asociación Instituto Salvadoreño de
Educación Cooperativa y Agricultura Orgánica

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*Plaintiffs,*

v.

PETER MAROCCO et al.,

*Defendants.*

Case No.: _____

**DECLARATION OF CARLOS ALFONSO RAMOS GÁMEZ FOR PLAINTIFF ASOCIACIÓN INSTITUTO SALVADOREÑO DE EDUCACIÓN COOPERATIVA Y AGRICULTURA ORGÁNICA**

I, Carlos Alfonso Ramos Gámez, declare as follows:

1.  I am the President of Asociación Instituto Salvadoreño de Educación Cooperativa y Agricultura Orgánica (ISEAC). I submit this declaration in support of Plaintiffs' application for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as President of ISEAC.

2.  ISEAC is a non-governmental organization in El Salvador dedicated to promoting sustainable agricultural practices and enhancing food security among rural communities. ISEAC operates in six rural communities within the department of Ahuachapán, focusing on empowering small family farms through education and support in organic farming methods production.

3.  ISEAC has worked with the Foundation since 2021, and received a total of $280,000 between 2021 and 2024. It used those funds to aid small farmers, teaching them farm management techniques that will allow their land to be more productive in the long-run. Under the grant, ISEAC worked directly with 245 families, teaching them how to use the ancestral milpa system—a

1

traditional Mesoamerican agricultural practice where crops are mixed in the same field, creating a sustainable and diverse food system. On average, these families nearly doubled the size of their farms, from about 500 square meters each to about 1,000 square meters each. Each farm grew at least 12 crops, including corn, squash, cucumbers, tomatoes, and lettuce. The farmers both sold these products and consumed them, improving their diets and health. We also developed a curriculum that farmers could use to train others in the milpa technique.

4. In August 2024, we agreed to a second amendment of our agreement with the Foundation, which would have extended the program through October 2026 and granted us an additional $242,700. Under the terms of the extension, we would have trained an additional 120 small farmers on the milpa methodology. We were also planning to establish a marketplace for farmers to sell their products. And we would have provided training to at least 30 youth on sustainable agricultural practices, and developed resources to create further awareness of the milpa methodology that could be given to other farmers.

5. On March 4, 2025, we received a letter from Peter Marocco, who purported to be the Acting Chairman and President of the Foundation. That letter stated that the Foundation's grant to ISEAC was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions." It further instructed us to "send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable." It did not provide any other explanation. A copy of the letter we received is attached to this declaration.

6. As of today, ISEAC is owed $187,700 under the terms of its grant agreement. Without these funds, it will be unable to continue working with small farmers to move away from farming techniques that involve monocropping and the use of pesticides. This will reduce the

capacity of the land to produce food in a sustainable way—which will reduce the ability of families to sustain themselves and earn income.

7. Food insecurity is a critical factor compelling individuals to migrate from El Salvador to the United States. The country is part of the Central American Dry Corridor, and experiences irregular rainfall and prolonged droughts that lead to major crop losses. These disasters lead to food scarcity, forcing families to seek better living conditions elsewhere, often undertaking perilous journeys to the U.S. Organizations like ISEAC play a vital role in mitigating food insecurity by promoting sustainable agricultural practices. Their efforts enhance crop yields and provide economic stability for rural communities. The end of the Fund's support for such initiatives directly undermines these communities' ability to sustain themselves, thereby increasing the likelihood of migration.

8. Food scarcity not only drives migration but also exacerbates gang violence. In regions where resources are limited, criminal organizations exploit vulnerable populations, recruiting individuals who lack economic opportunities. El Salvador has experienced some of the highest homicide rates globally, with violence largely linked to rival street gangs—maras—fighting one another and against the state. This violence creates a cycle where insecurity leads to reduced agricultural productivity, further deepening food insecurity and prompting more individuals to flee.

9. Our relationship with staff at the Foundation has also provided significant non-monetary benefits. Foundation liaisons have provided important support throughout the grant life cycle. They have connected us to other resources and organizations, and provided organizational and administrative troubleshooting support. In addition, monitoring and evaluation specialists from the Foundation visit us regularly. Those specialists provide technical support and advice, and have helped us improve our monitoring systems and strategies. Auditors contracted by the Foundation have also provided us with assistance related to accounting, documentation, and complying with

relevant laws. These services have been critical to ISEAC's growth as an organization, and enabled us to access additional funding from other sources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March __, 2025 in San Salvador, El Salvador.

_____
Carlos Alfonso Ramos Gámez
President, Asociación Instituto Salvadoreño de
Educación Cooperativa y Agricultura Orgánica



STATE OF:      *Massachusetts*

COUNTY OF:  *Suffolk*

# CERTIFICATE OF ACCURACY

**Magdalena Español**, on behalf of Language Connections, certifies:

1. That our translator(s) are fluent in both the **English** and **Spanish** languages.

2. That we have made the attached translation of the below mentioned original document(s) from **English** into **Spanish** and hereby certify that the same is a true and complete translation to the best of our translator(s) knowledge, ability, and belief.

3. Document name:

- Declaration of Alfonso Ramos Gámez (Asociación Instituto Salvadoreño de Educación Cooperativa y Agricultura Orgánica, ISEAC) for Plaintiff.

Signature:    *Magdalena Español*

Project Manager
March 21, 2025

# EXHIBIT A



# INTER-AMERICAN FOUNDATION
# ACTION MEMORANDUM

March 4, 2025

**FROM:** Pete Marocco, Acting Chairman and President

**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Inter-American Foundation (IAF), effective March 4, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14217, *Commencing the Reduction of the Federal Bureaucracy*, issued on February 19, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective March 4, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**

See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**

Questions regarding this action may be directed to team@iaf.gov, or Lesley Duncan at lduncan@iaf.gov.

Sincerely,

*[signature]*

Pete Marocco

Acting Chairman and President
Inter-American Foundation
pmarocco@iaf.gov
1331 Pennsylvania Ave. NW, Suite 300S
Washington, DC 20004

**Attachment:** Exhibit Grant Notice

1



INTER AMERICAN FOUNDATION

NOTICE OF GRANT TERMINATION

March 4, 2025

Dear IAF Grantee,

This letter provides notice that the Inter-American Foundation (IAF) is terminating your federal Grant No. ES-307 effective March 4, 2025, through the termination clause in your Award Agreement.

The IAF was created more than fifty years ago to strengthen the United States by fostering security and development in the Western Hemisphere. See 22 U.S.C. 290f. This grant is unfortunately inconsistent with the agency's priorities. Independently and secondly, the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Therefore, the IAF hereby terminates your grant No. ES-307 in its entirety effective March 4, 2025.

Please send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable using the attached instructions. In addition, please submit in Govgrants your final programmatic and financial report no later than April 2, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. This includes the requirement to keep records three (3) years following the termination date and to file final reports due within thirty (30) days of the termination date. Additionally, an audit may be conducted by the IAF after the termination of the agreement. Title to all property purchased or improved with Award funds will remain with your organization per your grant agreement.

Please contact *both* team@iaf.gov and Lesley Duncan at lduncan@iaf.gov with any questions. We wish you well in your future activities.

Sincerely,

/s/ Pete Marocco

Pete Marocco

Acting Chairman and President

pmarocco@iaf.gov

1331 Pennsylvania Ave. NW, Suite 300S Washington, DC 20004