EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*demandantes,*

*vs.*

PETER MAROCCO et al.,

*demandados.*

Número de caso: _____

**DECLARACIÓN DE CLAUDIA MARÍA VELÁSQUEZ PORTA
A FAVOR DEL DEMANDANTE SOCIEDAD COOPERATIVA LAS MUJERES
RURALES DE LA FRONTERA SUR**

Yo, Claudia María Velásquez Porta, declaro lo siguiente:

1. Soy la exasesora y coordinadora de proyectos de la Sociedad Cooperativa Las Mujeres Rurales de la Frontera Sur. Presento esta declaración en apoyo de la solicitud de los Demandantes de una medida cautelar preliminar. Las afirmaciones realizadas en esta declaración están basadas en mi conocimiento personal y en mi comprensión de la información puesta a mi disposición en cumplimiento de mis funciones como asesora y coordinadora de proyectos de Las Mujeres Rurales.

2. Las Mujeres Rurales se dedica a mejorar la vida de las mujeres rurales del sur de México. Entre otras cosas, Las Mujeres Rurales gestiona una cooperativa de ahorro y préstamo que mejora el acceso al crédito entre las mujeres rurales del sur de México. También trabaja en la defensa de los derechos humanos, la prevención de la violencia doméstica y la respuesta a desastres naturales como inundaciones y sequías.

3. Las Mujeres Rurales comenzó a colaborar con la Fundación en junio de 2024, cuando recibió una subvención trienal por $237,780. Las Mujeres Rurales planeaba usar estos fondos

1

para expandir su red de grupos comunitarios de ahorro y préstamo, capacitar a sus miembros en la gestión financiera y usar herramientas digitales para el seguimiento de datos de ahorro y préstamo, tanto individuales como grupales. También planeaba establecer un fondo que otorgaría préstamos a empresas locales. Además, planeaba gestionar un fondo de capital semilla para apoyar a los miembros de la cooperativa en la prevención o mitigación de pérdidas derivadas de emergencias ambientales. De acuerdo con los términos de su subvención, Las Mujeres Rurales estaba desarrollando un reglamento que regularía el uso del fondo de préstamos y del fondo de capital semilla.

4. El 4 de marzo de 2025, recibimos una carta de Peter Marocco, quien dijo ser el presidente interino de la Fundación. La carta indicaba que la subvención de la Fundación a Las Mujeres Rurales era "incompatible con las prioridades de la agencia" y que "la orden ejecutiva del Presidente del 19 de febrero de 2025 exige que la IAF elimine todas las actividades y funciones no requeridas por ley". Además, instruía a "enviar los fondos restantes no usados a la IAF, de conformidad con la cláusula de rescisión y la legislación local, en un plazo de quince (15) días o tan pronto como sea posible". No proporcionó ninguna otra explicación. También indicaba que debíamos presentar un informe programático y financiero final a la Fundación antes del 2 de abril de 2025. Se adjunta a esta declaración una copia de la carta que recibimos.

5. Hasta la fecha, Las Mujeres Rurales ha recibido solo $12,600 de los $237,780 prometidos en virtud del acuerdo de subvención. Como resultado de la cancelación de estos fondos, Las Mujeres Rurales tuvo que despedir a siete empleados, incluyéndome a mí. Además, no podrá otorgar préstamos a 600 mujeres para que inviertan en sus negocios, ni fondos para un centro comunitario utilizado por más de 300 niños que se habrían destinado a mejorar su infraestructura básica.

6.      Nuestra relación con el personal de la Fundación también ha proporcionado importantes beneficios no monetarios. La Fundación nos ha conectado previamente con otras organizaciones beneficiarias en México que brindaron capacitación a mujeres en grupos comunitarios de ahorro y préstamo. Los enlaces de la Fundación han brindado un apoyo importante durante todo el ciclo de vida de la subvención, que incluye asistencia técnica sobre el uso del sistema de gestión de subvenciones de la Fundación. Nos han conectado con otros recursos y organizaciones, y nos han brindado apoyo para la resolución de problemas organizativos y administrativos. Además, los especialistas en monitoreo y evaluación de la Fundación nos han realizado visitas periódicas. Estos especialistas nos brindan apoyo técnico y asesoramiento, y nos han ayudado a mejorar nuestros sistemas y estrategias de monitoreo. Los auditores contratados por la Fundación también nos han brindado asistencia en materia de contabilidad, documentación y cumplimiento de la legislación pertinente. Estos servicios han sido fundamentales para el crecimiento de Las Mujeres Rurales como organización y nos permitieron acceder a financiación adicional de otras fuentes.

Declaro bajo pena de perjurio, de conformidad con la legislación de los Estados Unidos de América, que lo anterior es cierto y correcto.

Ejecutado el 20 de marzo de 2025 en Tenosique Tabasco, México.

Firmado por:

_____
Claudia María Velásquez Porta
Exasesora y coordinadora de proyectos de la Sociedad
Cooperativa Las Mujeres Rurales de la Frontera Sur

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PETER MAROCCO et al., <br><br> *Defendants.* | Case No.: _____ |

## DECLARATION OF CLAUDIA MARÍA VELÁSQUEZ PORTA FOR PLAINTIFF SOCIEDAD COOPERATIVA LAS MUJERES RURALES DE LA FRONTERA SUR

I, Claudia María Velásquez Porta, declare as follows:

1. I am the former Advisor and Project Coordinator of Sociedad Cooperativa Las Mujeres Rurales de la Frontera Sur. I submit this declaration in support of Plaintiffs' application for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as the Advisor and Project Coordinator of Las Mujeres Rurales.

2. Las Mujeres Rurales is dedicated to improving the lives of rural women in southern Mexico. Among other things, Las Mujeres Rurales runs a savings and loan cooperative that improves access to credit among rural women in southern Mexico. It also works to defend human rights, prevent domestic violence, and respond to natural disasters such as floods and droughts.

3. Las Mujeres Rurales began working with the Foundation in June 2024, when it received a three-year grant for $237,780. Las Mujeres Rurales had planned to use these funds to expand its network of community savings and lending groups by training its members on how to manage their finances, and by using digital tools to track individual and group savings and lending

1

data. It had also planned to establish a fund that would have disbursed loans to local businesses. And it planned to manage a seed capital fund to support cooperative members in preventing or mitigating losses from environmental emergencies. Consistent with the terms of its grant, Las Mujeres Rurales was in the process of developing regulations governing use of the loan fund and the seed capital fund.

4. On March 4, 2025, we received a letter from Peter Marocco, who purported to be the Acting Chairman and President of the Foundation. The letter stated that the Foundation's grant to Las Mujeres Rurales was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions." It further instructed us to "send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable." It did not provide any other explanation. It also stated that we were required to submit a final programmatic and financial report to the Foundation by April 2, 2025. A copy of the letter we received is attached to this declaration.

5. As of today, Las Mujeres Rurales has received only $12,600 of the $237,780 promised under the grant agreement. As a result of the termination of these funds, Las Mujeres Rurales had to lay off seven employees, including myself. And it will be unable to extend loans to 600 women to invest in their businesses, as well as funds to a community center used by over 300 children that would have been used to improve its basic infrastructure.

6. Our relationship with staff at the Foundation has also provided significant non-monetary benefits. The Foundation has previously connected us to other grantees in Mexico that provided training for women in community-based savings and lending groups. Foundation liaisons have provided important support throughout the grant life cycle including technical assistance on how to use the Foundation's grant's management system. They have connected us to other

resources and organizations, and provided organizational and administrative troubleshooting support. In addition, monitoring and evaluation specialists from the Foundation visit us regularly. Those specialists provide technical support and advice, and have helped us improve our monitoring systems and strategies. Auditors contracted by the Foundation have also provided us with assistance related to accounting, documentation, and compliance with relevant laws. These services have been critical to Las Mujeres Rurales's growth as an organization, and enabled us to access additional funding from other sources.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed on March \_\_, 2025 in Tenosique Tabasco, Mexico.

_____
Claudia María Velásquez Porta
Former Advisor and Project Coordinator, Sociedad Cooperativa Las Mujeres Rurales de la Frontera Sur



STATE OF:      *Massachusetts*

COUNTY OF:  *Suffolk*

# CERTIFICATE OF ACCURACY

**Magdalena Español**, on behalf of Language Connections, certifies:

1. That our translator(s) are fluent in both the **English** and **Spanish** languages.

2. That we have made the attached translation of the below mentioned original document(s) from **English** into **Spanish** and hereby certify that the same is a true and complete translation to the best of our translator(s) knowledge, ability, and belief.

3. Document name:

- Declaration of Claudia María Velásquez Porta (Sociedad Cooperativa Las Mujeres Rurales de la Frontera Sur) for Plaintiff.

Signature:   *Magdalena Español*

Project Manager
March 21, 2025

# EXHIBIT A



# INTER-AMERICAN FOUNDATION
## ACTION MEMORANDUM

March 4, 2025

**FROM:** Pete Marocco, Acting Chairman and President

**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Inter-American Foundation (IAF), effective March 4, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14217, *Commencing the Reduction of the Federal Bureaucracy*, issued on February 19, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective March 4, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**

See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**

Questions regarding this action may be directed to team@iaf.gov, or Lesley Duncan at lduncan@iaf.gov.

Sincerely,

Pete Marocco

Acting Chairman and President
Inter-American Foundation
pmarocco@iaf.gov
1331 Pennsylvania Ave. NW, Suite 300S
Washington, DC 20004

**Attachment:** Exhibit Grant Notice



**INTER AMERICAN FOUNDATION**

**NOTICE OF GRANT TERMINATION**

March 4, 2025

███████████

███████████



Dear IAF Grantee,

This letter provides notice that the Inter-American Foundation (IAF) is terminating your federal Grant No. ME-593 effective March 4, 2025, through the termination clause in your Award Agreement.

The IAF was created more than fifty years ago to strengthen the United States by fostering security and development in the Western Hemisphere. See 22 U.S.C. 290f. This grant is unfortunately inconsistent with the agency's priorities. Independently and secondly, the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Therefore, the IAF hereby terminates your grant No. ME-593 in its entirety effective March 4, 2025.

Please send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable using the attached instructions. In addition, please submit in Govgrants your final programmatic and financial report no later than April 2, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. This includes the requirement to keep records three (3) years following the termination date and to file final reports due within thirty (30) days of the termination date. Additionally, an audit may be conducted by the IAF after the termination of the agreement. Title to all property purchased or improved with Award funds will remain with your organization per your grant agreement.

Please contact *both* team@iaf.gov and Lesley Duncan at lduncan@iaf.gov with any questions. We wish you well in your future activities.


Sincerely,

/s/ Pete Marocco

Pete Marocco

Acting Chairman and President

pmarocco@iaf.gov

1331 Pennsylvania Ave. NW, Suite 300S Washington, DC 20004