IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., <br><br> *Plaintiffs,* <br><br> *v.* <br><br> PETE MAROCCO et al., <br><br> *Defendants.* | Case No.: _____ |

### DECLARATION OF FACUNDO IBARLUCIA IN SUPPORT OF PLAINTIFFS

I, Facundo Ibarlucia, declare as follows:

1. I am the Director of Rural Communities Projects Bank, an initiative promoted by Rural Communities Network. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as Director of Rural Communities Projects Bank.

2. Rural Communities Network is an organization that works with rural communities in Argentina. It finances projects that improve access to water and renewable power; and projects that conserve forests. We began working with the Inter-American Foundation in 2021, when we received a $379,000 grant for these purposes. The term of the grant ran through September 2025.

3. On March 4, 2025, Rural Communities Network received a letter from Peter Marocco, who purported to be the Acting Chairman and President of the Foundation. That letter stated that the Foundation's grant to Rural Communities Network was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the

1

IAF eliminate all non-statutorily required activities and functions." It did not provide any other explanation.

4. As of today, Rural Communities Network has not received $60,000 of grant funds guaranteed under our grant agreement. In addition, based on successful collaboration with the Foundation over the past four years, we had planned to seek to extend our grant.

5. Shortly after we received the March 4 letter, I began communicating with other grantees about the impact of the termination of Foundation funds. To that end, I conducted an informal poll of grantees.

6. As of today, about 148 organizations responded to this poll, representing about 35 percent of all grantees. More than 60 percent of these grantees stated that their organizations are at risk of closure as a result of the Foundation's decision to terminate their grants. On average, Foundation funds accounted for 65.5 percent of responding organizations' budgets. For forty-four percent of them, Foundation funds account for at least 70 percent of their budget. Collectively, these organizations will lose more than $14 million in funds. The loss of Foundation funds also puts at risk more than $13.5 million that these organizations have secured from other sources. And it will impact more than 85,000 beneficiaries of just these 148 organizations. I have attached a copy of the informal survey to this declaration.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on March 21, 2025 in Buenos Aires, Argentina.

Firmado por:

F0830D8FDAD7452...
Facundo Ibarlucia
Director, Rural Communities Project Bank,
an Initiative of Rural Communities Network

# EXHIBIT A



Countries that replied the survey (sized by amount of answers)



Docusign Envelope ID: 16BA7D51-B7C9-4923-8D72-01C370BE7103

Amount of organizations that answered the survey

148

Amount of beneficiaries affected by the cancellation of grants

85,968

Amount of committed funds not disbursed in USD

14,033,775.62

Amount of USD in counterpart (partners and organizations)

13,566,668

Average % of funds that represented IAF grants to organizations budgets

65.5



% that represented the IAF grant to the organizations' budgets

