EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*demandantes,*

*vs.*

PETE MAROCCO et al.,

*demandados.*

Número de caso: _____

## DECLARACIÓN DE JAVIER MENDOZA A FAVOR DEL DEMANDANTE FUNDACIÓN ESCUELA DE INTEGRACIÓN, FORMACIÓN DEPORTIVA, EXPRESIÓN ARTÍSTICA Y DESARROLLO LABORAL

Yo, Javier Mendoza, declaro lo siguiente:

1.      Soy director general de la Fundación Escuela de Integración, Formación Deportiva, Expresión Artística y Desarrollo Laboral (EIFODEC). Presento esta declaración en apoyo de la solicitud de los Demandantes de una medida cautelar preliminar. Las afirmaciones realizadas en esta declaración están basadas en mi conocimiento personal y en mi comprensión de la información puesta a mi disposición en cumplimiento de mis funciones como director general de EIFODEC.

2.      EIFODEC es una escuela privada sin fines de lucro ubicada en Bolivia. Su misión es mejorar la calidad de vida de niños y jóvenes con discapacidad.

3.      En 2023, EIFODEC recibió una subvención de la Fundación de $265,000 por dos años y medio. Estos fondos se destinaron al Proyecto "Construyendo un mundo inclusivo" de EIFODEC, que permitió que 120 niños y jóvenes con discapacidad asistieran a EIFODEC y adquirieran habilidades para la vida diaria. Treinta y tres de ellos estaban en proceso de formación profesional, y en el marco del programa, 23 recibirían pequeñas subvenciones para emprender sus propios negocios y mejorar sus condiciones de vida. EIFODEC también ha apoyado a 246 familias

1

de personas con discapacidad, capacitándolas para cuidar y promover la independencia de sus seres queridos.

4.    EIFODEC usó los fondos de la Fundación para concientizar sobre la importancia de las personas con discapacidad. Entre otras cosas, 73 educadores, maestros y cuidadores profesionales recibieron capacitación sobre cómo brindar servicios a niños y jóvenes con discapacidad. Los fondos de la Fundación también se estaban usando para capacitar a 52 miembros de grupos locales de personas con discapacidad sobre cómo defender los derechos de las personas con discapacidad según la legislación local. Además, más de 350 miembros del público recibieron capacitación sobre los derechos de las personas con discapacidad y cómo desarrollar estrategias óptimas para su inclusión en el mercado laboral y la comunidad.

5.    El 4 de marzo de 2025, recibimos una carta de Peter Marocco, que firmaba como presidente interino de la Fundación Interamericana. Dicha carta indicaba que la subvención de la Fundación a EIFODEC era "incompatible con las prioridades de la agencia" y que "la orden ejecutiva del Presidente del 19 de febrero de 2025 exige que la IAF elimine todas las actividades y funciones no requeridas por ley". Además, instruía a "enviar los fondos restantes no utilizados a la IAF, de conformidad con la cláusula de rescisión y la legislación local, en un plazo de quince (15) días o tan pronto como sea posible". No se proporcionó ninguna otra explicación. Se adjunta a esta declaración una copia de la carta recibida.

6.    A la fecha, se adeudan a EIFODEC $121,750 según los términos de su subvención. EIFODEC prevé que más de 900 personas se verán perjudicadas directamente por la finalización de la subvención, y otras 5,000 sufrirán daños indirectos. Entre otras cosas, EIFODEC ya no podrá capacitar a 120 jóvenes con discapacidad que actualmente reciben educación. No podrá otorgar las subvenciones a personas con discapacidad según lo previsto. Ya no podrá brindar apoyo a las familias de personas con discapacidad.

7.     Para el proyecto "Construyendo un mundo inclusivo", el apoyo financiero de la IAF cubre los salarios de los orientadores laborales y el personal administrativo. Este último incluye, por ejemplo, al conductor del autobús y al encargado de preparar la comida para los beneficiarios, entre otros. Sin esta financiación, EIFODEC se verá obligado a cerrar la institución. Esto es especialmente cierto porque, con la terminación prematura de la subvención, es imposible encontrar otra institución financiera que pueda cubrir los fondos de la IAF que perderemos. Estos fondos suman un total de $155,510; esto incluye $121,750 que aún quedan por desembolsar y otros $33,760 que ya hemos recibido, pero que Marocco nos pidió en la carta que devolviéramos. Estos fondos estaban destinados a cubrir todas las actividades del proyecto hasta marzo de 2026, que incluyen capital inicial, alimentos, combustible, salarios del personal y otros elementos esenciales para el funcionamiento institucional.

8.     EIFODEC se ha destacado por defender los derechos de las personas con discapacidad durante 23 años. Con esta suspensión arbitraria de nuestra financiación, se violarán los derechos de las personas con discapacidad. Por ejemplo, el 100% de los niños, niñas, adolescentes y jóvenes atendidos por EIFODEC se verán privados de sus derechos al no tener acceso a educación, trabajo y espacios de recreación saludable. Asimismo, sus madres, padres o tutores se verán privados del acceso a información fundamental que les permita ser parte del proceso de aprendizaje permanente de sus hijos. Por último, pero no menos importante, EIFODEC trabaja para integrar a las personas con discapacidad no solo en las escuelas, sino también en la sociedad. La pérdida de los fondos de la IAF dificultará aún más estos esfuerzos.

9.     La relación con el personal de la Fundación también ha proporcionado importantes beneficios no monetarios. Los enlaces de la Fundación han brindado un apoyo importante durante todo el ciclo de vida de la subvención. La experiencia y las habilidades de los profesionales de la IAF les han permitido conectarnos con otros recursos y organizaciones a nivel nacional, brindando un

3

apoyo organizativo y administrativo eficaz para la resolución de problemas. Además, los especialistas en monitoreo y evaluación de la Fundación han realizado visitas periódicas. Estos especialistas han contribuido a la mejora continua de nuestros sistemas y estrategias de monitoreo. El auditor contratado por la Fundación también ha brindado asistencia en materia de contabilidad, documentación y cumplimiento de la legislación pertinente. Estos servicios han sido fundamentales para el crecimiento de EIFODEC como organización y nos permiten buscar financiamiento adicional que beneficia a la institución.

Declaro bajo pena de perjurio, de conformidad con la legislación de los Estados Unidos de América, que lo anterior es cierto y correcto.

Ejecutado el 21 de marzo de 2025 en Cochabamba, Bolivia.

_____
Javier Mendoza
Director general, Fundación Escuela de Integración,
Formación Deportiva, Expresión Artística y
Desarrollo Laboral

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CRISTOSAL HUMAN RIGHTS et al.,

*Plaintiffs,*

*v.*

PETE MAROCCO et al.,

*Defendants.*

Case No.: _____

**DECLARATION OF JAVIER MENDOZA FOR PLAINTIFF FUNDACIÓN
ESCUELA DE INTEGRACIÓN, FORMACIÓN DEPORTIVA, EXPRESIÓN
ARTÍSTICA Y DESARROLLO LABORAL**

I, Javier Mendoza, declare as follows:

1.      I am the Director General of the Fundación Escuela de Integración, Formación Deportiva, Expresión Artística y Desarrollo Laboral (EIFODEC). I submit this declaration in support of Plaintiffs' application for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as Director General of EIFODEC.

2.      EIFODEC is a private, non-profit school located in Bolivia. Its mission is to improve the quality of life of children and young adults with disabilities.

3.      In 2023, EIFODEC received a two-and-a-half year, $265,000 grant from the Foundation. Those funds went towards EIFODEC's "Building an Inclusive World" Project, allowing 120 children and youth with disabilities to attend EIFODEC and learn daily life skills. Thirty-three of them were in the process of occupational training, and under the program, 23 were scheduled to receive small grants to start their own businesses and improve their living conditions.

1

EIFODEC has also supported 246 families of people with disabilities, training them on how to care for, and support the independence of, their loved ones.

4.        EIFODEC used Foundation funds to raise awareness about persons with disabilities. Among other things, 73 educators, teachers and professional caregivers were being trained on how to provide services to children and youth with disabilities. Foundation funds were also being used to train 52 members of local disability groups on how to advocate for the rights of persons with disabilities under local law. And over 350 members of the public have received training on the rights of persons with disabilities, and how to develop optimal strategies for the inclusion of these individuals in the workforce and community.

5.        On March 4, 2025, we received a letter from Peter Marocco, signing as the interim President of the Inter-American Foundation. That letter stated that the Foundation's grant to EIFODEC was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions." It further instructed to "send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable." No other explanation was provided. A copy of the letter received is attached to this declaration.

6.        As of today, EIFODEC is owed $121,750 under the terms of its grant. EIFODEC expects that more than 900 people will be directly harmed by the termination of the grant; and an additional 5,000 people will suffer indirect harm. Among other things, EIFODEC will no longer be able to train 120 disabled youth who are currently receiving education. It will not be able to give out the grants to persons with disabilities as planned. It will no longer be able to provide support to families of those with disabilities.

7.        For the "Building an Inclusive World" project, financial support provided by the IAF covers the salaries of job coaches and administrative staff. The latter includes, for example, the

bus driver and the person in charge of preparing food for the beneficiaries, among others. Without this funding, EIFODEC will be forced to close the institution. This is especially true because, with the untimely termination of the grant, it is impossible to find another financial institution that can cover the IAF funds we will lose. Those funds total $155,510, including $121,750 yet to be disbursed and another $33,760 we have received but that Marocco's letter asked us to return. These funds were intended to cover all project activities until March 2026, including seed capital, food, fuel, staff salaries, and other items essential to institutional functioning.

8.      EIFODEC has been known for defending the rights of persons with disabilities for 23 years. With this arbitrary suspension of our funding, the rights of persons with disabilities will be violated. For example, 100% of the children, adolescents, and young people served by EIFODEC will be deprived of their rights by not having access to education, work, and healthy recreation spaces. Likewise, their mothers, fathers, and/or guardians will be deprived of access to fundamental information that allows them to be part of their children's lifelong learning process. Last but not least, EIFODEC works to integrate persons with disabilities not only into schools but also into society. The loss of IAF funds will make these efforts more difficult.

9.      The relationship with staff at the Foundation has also provided significant non-monetary benefits. Foundation liaisons have provided important support throughout the grant life cycle. The experience and skills of IAF professionals have allowed them to connect us with other resources and organizations at the national level, providing effective organizational and administrative support for problem resolution. In addition, monitoring and evaluation specialists from the Foundation have made regular visits. Those specialists have contributed to permanently improving our monitoring systems and strategies. The auditor contracted by the Foundation has also provided assistance related to accounting, documentation, and complying with relevant laws. These

services have been critical to EIFODEC's growth as an organization, and they enable us to seek additional financing that benefits the institution.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on March __, 2025 in Cochamba, Bolivia.

_____
Javier Mendoza
Director General, Fundación Escuela de Integración,
Formación Deportiva, Expresión Artística y
Desarrollo Laboral



t. 617.731.3510
f. 617.731.3700
service@languageconnections.com

2001 beacon street
boston, ma 02135
www.LanguageConnections.com

STATE OF:    *Massachusetts*

COUNTY OF:  *Suffolk*

## CERTIFICATE OF ACCURACY

**Magdalena Español**, on behalf of Language Connections, certifies:

1.  That our translator(s) are fluent in both the **English** and **Spanish** languages.

2.  That we have made the attached translation of the below mentioned original document(s) from **English** into **Spanish** and hereby certify that the same is a true and complete translation to the best of our translator(s) knowledge, ability, and belief.

3. Document name:

- Declaration of Javier Mendoza (Fundación Escuela de Integración, Formación Deportiva, Expresión Artística y Desarrollo Laboral, EIFODEC) for Plaintiff.

Signature:    *Magdalena Español*

Project Manager
March 21, 2025

# EXHIBIT A



**M** Gmail

████████████████

### IAF Grant Termination Notice (BO-545)
1 mensaje

**team@iaf.gov** <team@iaf.gov>                                          4 de marzo de 2025, 19:37
████████████████████
Cc: pmarocco@iaf.gov

Dear IAF Grantee,

We regret to inform you that your IAF grant has been terminated. For further details, please see the attached official notice, instructions, and partial translations for your convenience.

Please send urgent questions regarding the notice and instructions to team@iaf.gov.

With regards,
Inter-American Foundation

—

Estimado beneficiario de la IAF,

Lamentamos informarle que su subvención de la IAF ha sido terminada. Para más detalles, por favor consulte el aviso oficial adjunto, las instrucciones y las traducciones parciales para su conveniencia. Por favor envíe sus preguntas urgentes sobre el aviso y las instrucciones a team@iaf.gov.

Atentamente,
Inter-American Foundation

—

Prezado beneficiário da IAF,

Lamentamos informar que sua bolsa da IAF foi encerrada. Para mais detalhes, consulte o aviso oficial em anexo, as instruções e as traduções parciais para sua conveniência. Por favor, envie perguntas urgentes sobre o aviso e as instruções para team@iaf.gov.

Atenciosamente,
Inter-American Foundation

—

Chè benefisyè IAF,

Nou regrèt pou enfòme w ke sibvansyon IAF ou a te sispann. Pou plis detay, tanpri gade avi ofisyèl ki tache a, enstriksyon yo ak tradiksyon pasyèl pou konvenyans ou. Tanpri voye kesyon ijan konsènan avi a ak enstriksyon yo bay team@iaf.gov.

Avèk respè,
Inter-American Foundation

**INTER-AMERICAN FOUNDATION**

**AVISO DE TERMINACIÓN DE SUBVENCIÓN**

4 de marzo de 2025

Estimado/a Beneficiario/a de la IAF,

Esta carta notifica que la Fundación Interamericana (IAF) está terminando su subvención federal, con efecto a partir del 4 de marzo de 2025, mediante la cláusula de terminación incluida en su Acuerdo de Otorgamiento.

La IAF fue creada hace más de cincuenta años para fortalecer a los Estados Unidos fomentando la seguridad y el desarrollo en el Hemisferio Occidental. Véase 22 U.S.C. 290f. Lamentablemente, esta subvención no es consistente con las prioridades de la agencia. De manera independiente y en segundo lugar, la Orden Ejecutiva del Presidente del 19 de febrero de 2025 ordena que la IAF elimine todas las actividades y funciones no requeridas por estatuto. Véase *Inicio de la Reducción de la Burocracia Federal*, O.E. 14217 (19 de febrero de 2025). Por lo tanto, la IAF hereby termina su subvención en su totalidad con efecto a partir del 4 de marzo de 2025.

Por favor, envíe los fondos restantes no gastados a la IAF, de acuerdo con la cláusula de terminación y la ley local, dentro de quince (15) días o tan pronto como sea practicable, utilizando las instrucciones adjuntas. Además, por favor presente en Govgrants su informe programático y financiero final a más tardar el 2 de abril de 2025.

Recuerde que sus obligaciones bajo el Acuerdo de Subvención continúan aplicándose. Esto incluye el requisito de mantener registros durante tres (3) años después de la fecha de terminación y de presentar los informes finales dentro de los treinta (30) días siguientes a la fecha de terminación. Asimismo, la IAF puede realizar una auditoría después de la terminación del acuerdo. La titularidad de toda propiedad comprada o mejorada con fondos del otorgamiento permanecerá con su organización según lo estipulado en su acuerdo de subvención.

Para cualquier pregunta, por favor contacte a team@iaf.gov y a Lesley Duncan en lduncan@iaf.gov. Le deseamos éxito en sus actividades futuras.

Atentamente,
/s/ Pete Marocco
Pete Marocco
Presidente Interino y Presidente
pmarocco@iaf.gov
1331 Pennsylvania Ave. NW, Suite 300S
Washington, DC 20004