EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., <br><br> *demandantes,* <br><br> *vs.* <br><br> PETER MAROCCO et al., <br><br> *demandados.* | **Número de caso:** _____ |

**DECLARACIÓN DE JUAN CARLOS PINEDA ZEPEDA A FAVOR DEL DEMANDANTE
ACCIÓN CULTURAL POPULAR HONDUREÑA**

Yo, Juan Carlos Pineda Zepeda, declaro lo siguiente:

1. Soy director regional de Acción Cultural Popular Hondureña (ACPH), El Progreso, Yoro y Valle de Sula. Presento esta declaración en apoyo de la solicitud de los Demandantes de una medida cautelar preliminar. Las afirmaciones realizadas en esta declaración están basadas en mi conocimiento personal y en mi comprensión de la información puesta a mi disposición en cumplimiento de mis funciones como director regional de ACPH, El Progreso, Yoro y Valle de Sula.

2. ACPH es una organización de desarrollo comunitario y económico que trabaja para mejorar las condiciones de vida en Honduras. Lo hace ofreciendo educación y capacitación vocacional a jóvenes en riesgo, invirtiendo en iniciativas de salud comunitaria y brindando respuesta a emergencias y socorro en caso de desastre.

3. ACPH ha colaborado con la Fundación desde 2020. Según los términos de sus acuerdos de subvención, la Fundación comprometió un total de $819,000 para dos subvenciones a ACPH entre 2020 y 2026.

1

4. ACPH ha utilizado los fondos de la Fundación en dos proyectos. El primero brinda capacitación técnica para el empleo a jóvenes vulnerables, así como oportunidades para que los jóvenes creen pequeños negocios en la ciudad de El Progreso, en el departamento de Yoro. El segundo proyecto proporciona reducción del riesgo de desastres y socorro a las comunidades frecuentemente afectadas por inundaciones en el municipio de La Lima, en el departamento de Cortés. Estos proyectos han beneficiado a aproximadamente 1,000 personas directamente y a otras 55,000 indirectamente.

5. Con respecto al primer proyecto, los jóvenes hondureños de comunidades marginadas enfrentan pocas opciones de educación y empleo, lo que puede hacerlos más susceptibles al abuso de sustancias, el reclutamiento por parte de pandillas, la explotación laboral y la migración irregular. ACPH trabaja con socios del sector público y privado para promover alternativas a la delincuencia y la migración en el municipio de El Progreso mediante el desarrollo de habilidades laborales, el fomento del emprendimiento local y la ampliación del acceso al mercado laboral para jóvenes en riesgo.

6. Específicamente, en colaboración con la Cámara de Comercio local, las iglesias católica y evangélica, el municipio de El Progreso, emprendedores del municipio de El Progreso y Santa Rita Yoro, la Fundación Terra y escuelas locales, utilizamos fondos de la Fundación a fin de establecer el primer programa de capacitación vocacional y de preparación laboral para jóvenes en tres comunidades de El Progreso. Gracias a este programa, 481 jóvenes y 110 adultos recibieron más de 500 horas de capacitación durante seis meses. Adquirieron una amplia gama de habilidades que los capacitaron para el mercado laboral local, tales como refrigeración, electricidad, diseño gráfico, informática, reparación de celulares y preparación de alimentos comerciales. Hasta la fecha, 40 graduados han establecido con éxito sus propios negocios. Otros 200 han realizado prácticas en negocios locales; y al menos 50 han conseguido empleo en empresas como AZUNOSA, uno de los

principales productores de azúcar de Honduras, así como en pequeñas empresas, como restaurantes y cafeterías locales. El 40% de los jóvenes también regresó al sistema educativo formal. El programa también ha beneficiado indirectamente a más de 25,000 personas mediante el fortalecimiento de las estructuras de liderazgo comunitario y el establecimiento de relaciones estratégicas con los sectores público, privado y de la sociedad civil.

7. También hemos utilizado los fondos de la subvención de la Fundación para obtener fondos de otras fuentes. La ciudad de El Progreso financia una parte de los costos del programa. Además, nos hemos asociado con una fundación hondureña que nos proporcionó recursos para renovar el centro de capacitación. Recientemente, la fundación hondureña comprometió fondos adicionales para que podamos ofrecer más cursos de informática y capacitación digital.

8. La segunda subvención se ha utilizado para financiar el trabajo de ACPH en Cortés, una región de Honduras devastada por huracanes e inundaciones de los ríos Ulúa y Chamelecón. En caso de desastre, ACPH proporciona servicios críticos de reducción del riesgo de desastres y socorro a al menos 20 comunidades de la zona mediante la entrega de suministros de emergencia como alimentos y agua, además de la prestación de servicios de salud mental. Como parte de este esfuerzo, se han establecido cinco centros de acopio, completamente equipados con embarcaciones de rescate y materiales de emergencia, lo que ha facilitado una respuesta más eficiente ante desastres naturales. Esta intervención ha beneficiado directamente a 400 personas e indirectamente a unas 30,000 más. Hemos trabajado en estrecha colaboración con líderes comunitarios y empresas privadas a fin de garantizar una acción conjunta para proteger a las comunidades más vulnerables.

9. El 4 de marzo de 2025, recibimos una carta de Peter Marocco, quien dijo ser el presidente interino de la Fundación. Dicha carta indicaba que la subvención de la Fundación a ACPH era "incompatible con las prioridades de la agencia" y que "la orden ejecutiva del Presidente del 19 de febrero de 2025 exige que la IAF elimine todas las actividades y funciones no requeridas

3

por ley". Además, instruía a "enviar los fondos restantes no usados a la IAF, de conformidad con la cláusula de rescisión y la legislación local, en un plazo de quince (15) días o tan pronto como sea posible". No proporcionó ninguna otra explicación. Se adjunta a esta declaración una copia de la carta que recibimos.

10. Hasta la fecha, ACPH no ha recibido $114,930 de los fondos comprometidos según los términos de las dos subvenciones que recibió de la Fundación.

11. La pérdida de los fondos de la Fundación amenaza seriamente la sostenibilidad financiera de ACPH. Los fondos de la Fundación representaban el 70% del presupuesto total de ACPH. Debido a la abrupta interrupción de los fondos, ACPH se ha visto obligado a despedir a todo su personal que trabajaba en El Progreso y Valle de Sula, una de las regiones más importantes donde operamos.

12. Además, la abrupta interrupción de los fondos nos ha obligado a suspender nuestros planes de trabajo y tendremos que limitar nuestro programa de capacitación y pasantías para jóvenes. Las poblaciones a las que servimos tienen pocas opciones de empleo remunerado. La finalización del programa aumentará los incentivos para que los hondureños migren a otros lugares, como Estados Unidos. También aumentará la probabilidad de que las poblaciones a las que servimos se involucren en el crimen organizado.

13. La cancelación de los fondos de la Fundación también afectará gravemente la capacidad de ACPH para ayudar a las comunidades a prepararse ante desastres y brindar socorro a las comunidades afectadas por las inundaciones en Cortés. Como resultado de la cancelación de estos fondos, muchas familias quedarán expuestas a desastres sin la asistencia inmediata y coordinada que ACPH había implementado con éxito en años anteriores. Esto también aumenta la probabilidad de que las personas emigren de Honduras en busca de refugio ante estos desastres naturales.

14. Nuestra relación con el personal de la Fundación también ha generado importantes beneficios no monetarios. Los enlaces de la Fundación han brindado un apoyo importante durante todo el ciclo de vida de la subvención. Nos han conectado con otros recursos y organizaciones, y nos han brindado apoyo para la resolución de problemas organizativos y administrativos. Además, los especialistas en monitoreo y evaluación de la Fundación nos han realizado visitas periódicas. Estos especialistas nos brindan apoyo técnico y asesoramiento, y nos han ayudado a mejorar nuestros sistemas y estrategias de monitoreo. Los auditores contratados por la Fundación también nos han brindado asistencia en materia de contabilidad, documentación y cumplimiento de la legislación pertinente. Estos servicios han sido fundamentales para el crecimiento de ACPH como organización y, como se detalló anteriormente, nos han permitido acceder a financiación adicional de otras fuentes.

Declaro bajo pena de perjurio, de conformidad con la legislación de los Estados Unidos de América, que lo anterior es cierto y correcto.

Ejecutado el 21 de marzo de 2025 en Yoro, Honduras.

Firmado por:

*Juan Carlos Pineda Zepeda*
598E12CF930D44D...

Juan Carlos Pineda Zepeda
Director regional, Acción Cultural Popular
Hondureña (ACPH), El Progreso, Yoro y Valle de
Sula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*Plaintiffs,*

v.

PETER MAROCCO et al.,

*Defendants.*

Case No.: _____

**DECLARATION OF JUAN CARLOS PINEDA ZEPEDA FOR PLAINTIFF
ACCIÓN CULTURAL POPULAR HONDUREÑA**

I, Juan Carols Pineda Zepeda, declare as follows:

1.      I am the Regional Director of Acción Cultural Popular Hondureña (ACPH), El Progreso, Yoro, and Valle de Sula. I submit this declaration in support of Plaintiffs' application for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as Regional Director of ACPH, El Progreso, Yoro, and Valle de Sula.

2.      ACPH is a community and economic development organization that works to improve living conditions in Honduras. It does so by providing education and vocational training for at-risk youth, investing in community-health initiatives, and providing emergency response and disaster relief.

3.      ACPH has worked with the Foundation since 2020. Under the terms of its grant agreements, the Foundation obligated a total of $819,000 for two grants to ACPH between 2020 and 2026.

4.      ACPH has used Foundation funds on two projects. The first provides technical training for employment to vulnerable young people, as well as opportunities for young people to

1

found small businesses in the city of El Progreso in the Department of Yoro. The second project provides disaster risk reduction and relief to communities frequently affected by floods in the municipality of La Lima in the Department of Cortés. These projects have benefitted roughly 1,000 people directly and another 55,000 indirectly.

5. With respect to the first project, Honduran youth in marginalized communities face few options for schooling and employment, which can make them more susceptible to substance abuse, gang recruitment, labor exploitation, and irregular migration. ACPH works with public and private sector partners to promote alternatives to crime and migration in the municipality of El Progreso by developing employment skills, encouraging local entrepreneurship, and expanding labor market access for at-risk youth.

6. Specifically, working with the local Chamber of Commerce, Catholic and Evangelical churches, the municipality of El Progreso, entrepreneurs in the Municipality of El Progreso and Santa Rita Yoro, Fundación Terra, and local schools, we used Foundation funds to establish the first vocational and job readiness skills youth training program in three communities in El Progreso. Under this program, 481 young people and 110 adults received more than 500 hours of training over a six-month period. They learned a wide array of skills that trained them for employment in the local job market, including refrigeration, electrical technician, graphic design, computer science, cell phone repair, and commercial food preparation. As of today, 40 graduates have successfully established their own businesses. Another 200 have secured internships at local businesses; and as of today, at least 50 went on to get jobs at companies such as AZUNOSA, one of Honduras's leading sugar producers, as well as at smaller employers including local restaurants and cafes. Forty percent of the young persons also returned to the formal education system. The program has also indirectly benefitted more than 25,000 people by strengthening community leadership structures and establishing strategic relationships with the public, private, and civil society sectors.

7. We have also used the Foundation grant dollars to leverage funds from elsewhere. A portion of the program costs are being paid for by the city of El Progreso. And we have partnered with a Honduran foundation that provided us with resources to renovate the training center. The Honduran foundation recently committed additional funds to allow us to offer additional courses in computing and digital training.

8. The second grant has been used to fund ACPH's work in Cortés, a region of Honduras that has been devastated by hurricanes and flooding from the Ulúa and Chamelecón rivers. In times of disaster, ACPH provides critical disaster risk reduction and relief to at least 20 communities in the area, distributing emergency supplies such as food and water and providing mental health services. As part of this effort, five collection centers have been established and fully equipped with rescue boats and emergency materials, which have facilitated a more efficient response to natural disasters. This intervention has directly benefited 400 people and indirectly benefited about 30,000 more. We have worked closely with community leaders and private businesses, ensuring joint action to protect the most vulnerable communities.

9. On March 4, 2025, we received a letter from Peter Marocco, who purported to be the Acting Chairman and President of the Foundation. That letter stated that the Foundation's grant to ACPH was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions." It further instructed us to "send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable." It did not provide any other explanation. A copy of the letter we received is attached to this declaration.

10. As of today, ACPH has not received $114,930 of obligated funds under the terms of the two grants it received from the Foundation.

11. The loss of Foundation funding seriously threatens ACPH's financial sustainability. Foundation funds represented 70-percent of ACPH's overall budget. Due to the abrupt end of funding, ACPH has been forced to lay off all of its staff that worked in El Progreso and Valle de Sula, one of the most important regions where we operate.

12. In addition, the abrupt interruption of funds has forced us to suspend our work plans, and we will have to limit our youth training and internship program. The populations we serve have few other options for gainful employment. Ending the program will increase the incentives for Hondurans to migrate elsewhere, including to the United States. It will also increase the likelihood that the populations we serve will turn to a life in organized crime.

13. The termination of Foundation funds will also severely impact ACPH's ability to help communities prepare for disasters, and provide disaster relief to communities affected by flooding in Cortés. As a result of the termination of these funds, many families will be exposed to disasters without the immediate, coordinated assistance that ACPH had successfully implemented in previous years. This too increases the likelihood that people will migrate away from Honduras as they seek refuge from these natural disasters.

14. Our relationship with Foundation staff has also provided significant non-monetary benefits. Foundation liaisons have provided important support throughout the grant life cycle. They have connected us to other resources and organizations, and provided organizational and administrative troubleshooting support. In addition, monitoring and evaluation specialists from the Foundation visit us regularly. Those specialists provide technical support and advice, and have helped us improve our monitoring systems and strategies. Auditors contracted by the Foundation have also provided us with assistance related to accounting, documentation, and complying with

relevant laws. These services have been critical to ACPH's growth as an organization, and, as detailed above, have enabled us to access additional funding from other sources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March __, 2025 in Yoro, Honduras.

_____
Juan Carlos Pineda Zepeda
Regional Director, Acción Cultural Popular
Hondureña, El Progreso, Yoro, and Valle de Sula



STATE OF:     *Massachusetts*

COUNTY OF:  *Suffolk*

# CERTIFICATE OF ACCURACY

**Magdalena Español**, on behalf of Language Connections, certifies:

1. That our translator(s) are fluent in both the **English** and **Spanish** languages.

2. That we have made the attached translation of the below mentioned original document(s) from **English** into **Spanish** and hereby certify that the same is a true and complete translation to the best of our translator(s) knowledge, ability, and belief.

3. Document name:

- Declaration of Juan Carlos Pineda Zepeda (Acción Cultural Popular Hondureña, ACPH) for Plaintiff.

Signature:   *Magdalena Español*

Project Manager
March 21, 2025

# EXHIBIT A



# INTER-AMERICAN FOUNDATION
# ACTION MEMORANDUM

March 4, 2025

**FROM:** Pete Marocco, Acting Chairman and President

**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Inter-American Foundation (IAF), effective March 4, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14217, *Commencing the Reduction of the Federal Bureaucracy*, issued on February 19, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective March 4, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**

See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**

Questions regarding this action may be directed to team@iaf.gov, or Lesley Duncan at lduncan@iaf.gov.

Sincerely,

Pete Marocco

Acting Chairman and President
Inter-American Foundation
pmarocco@iaf.gov
1331 Pennsylvania Ave. NW, Suite 300S
Washington, DC 20004

**Attachment:** Exhibit Grant Notice

1



INTER AMERICAN FOUNDATION

NOTICE OF GRANT TERMINATION

March 4, 2025

▌▌▌▌▌▌▌▌

▌▌▌▌▌▌▌▌▌▌▌▌

Dear IAF Grantee,

This letter provides notice that the Inter-American Foundation (IAF) is terminating your federal Grant No. HO-324 effective March 4, 2025, through the termination clause in your Award Agreement.

The IAF was created more than fifty years ago to strengthen the United States by fostering security and development in the Western Hemisphere. See 22 U.S.C. 290f. This grant is unfortunately inconsistent with the agency's priorities. Independently and secondly, the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Therefore, the IAF hereby terminates your grant No. HO-324 in its entirety effective March 4, 2025.

Please send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable using the attached instructions. In addition, please submit in Govgrants your final programmatic and financial report no later than April 2, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. This includes the requirement to keep records three (3) years following the termination date and to file final reports due within thirty (30) days of the termination date. Additionally, an audit may be conducted by the IAF after the termination of the agreement. Title to all property purchased or improved with Award funds will remain with your organization per your grant agreement.

Please contact *both* team@iaf.gov and Lesley Duncan at lduncan@iaf.gov with any questions. We wish you well in your future activities.


Sincerely,

/s/ Pete Marocco

Pete Marocco

Acting Chairman and President

pmarocco@iaf.gov

1331 Pennsylvania Ave. NW, Suite 300S Washington, DC 20004