IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PETER MAROCCO et al.,<br><br>*Defendants.* | Case No.: _____ |

### DECLARATION OF NADIA VALERÍA ENRÍQUEZ ORTIZ
### FOR PLAINTIFF ALTERNATIVAS Y CAPACIDADES

I, Nadia Valería Enríquez Ortiz, declare as follows:

1. I am the Co-Director of Alternativas y Capacidades. I submit this declaration in support of Plaintiffs' application for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as Co-Director of Alternativas y Capacidades.

2. Alternativas is an organization dedicated to strengthening civil society in Mexico, with a special interest in promoting youth civic participation. It is located in Mexico City.

3. Alternativas works to strengthen civil society by training individuals—especially young people—and organizations, and providing them with resources to foster economic growth and community development.

4. Alternativas has worked closely with the Inter-American Foundation since 2023. Under the terms of its grant agreement with the Foundation, Alternativas was supposed to receive $363,290 between April 2023 and April 2026.

5. Foundation funds have been used to sponsor Alternativas's Social Laboratory for Youth-led Initiatives (the "Social Lab" program) based in the Yucatán Peninsula. Youth make up

1

about 30% of the population in Mexico, and are especially heavily concentrated in the Yucatán. Youth are especially likely to be afflicted by poverty, lack of access to health care, and sexual exploitation. They also face barriers in accessing education and civic participation. The lack of civic participation is especially acute; nearly a third of youth in Mexico feel that the government does not respond to their concerns. As a result of these factors, youth migration from the Yucatán is especially high. Indeed, for many young people—especially young men—migration is seen as the only pathway to financial stability and security.

6. The Social Lab program responds to these pressures by providing training to youth on how to become civically engaged and how to advocate to improve their living conditions and their communities. Under this program, two cohorts of 40 young leaders each work in pairs. Through hands-on learning, youth participants learn teamwork, planning, budget management, and conflict resolution. These skills not only improve their ability to foster social change but also improve the lives of residents in their communities. Under the Social Lab program, Alternativas recently awarded ten seed grants of $2,500 each to support the community-led social projects of 20 young leaders. In order to receive that grant, each participant was required to find a one-to-one match from other sources. We were planning to award an additional ten seed grants to the recently initiated second cohort of youth participants.

7. In addition, Alternativas has trained and hired local community members who act as mentors for youth in the Social Lab program, helping them develop their community-led projects and providing valuable insights. These mentors receive a stipend for their work. We have also formed a Youth-led consultative group based in the Peninsula that helps make decisions about the project and ensures that the projects are relevant to the issues facing the area.

8. On March 4, 2025, we received a letter from Peter Marocco, who purported to be the Acting Chairman and President of the Foundation. That letter stated that the Foundation's grant

2

to Alternativas was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions." It further instructed us to "send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable." It did not provide any other explanation. A copy of the letter we received is attached to this declaration.

9. At the time we received the termination letter, we were still expecting $43,000 from the Foundation.

10. The loss of this $43,000 will have significant operational impacts on Alternativas. Alternativas is currently training the second 40-person cohort in its Initiatives program. The loss of Foundation funds will result in the immediate suspension of the program. As a result, these leaders will be unable to complete the training process and will not be able to continue their work with local mentors. We will also be unable to award the second tranche of seed grants. These grants are essential for enabling young leaders to create community programs. The end of the Social Lab program will undermine the significant progress made in promoting civic engagement and economic resilience in the Yucatán Peninsula.

11. We had also planned to renew our grant with the Foundation. Absent an extension, we will be forced to end our work in the Yucatán Peninsula.

12. Alternativas also anticipated participating in Foundation-sponsored exchanges among all grantees in Mexico and learning from organizations throughout Latin America. These exchanges offer grantees an important opportunity to learn from each other and strengthen the capacity of their organizations. The Foundation's efforts to address the drivers and impact of violence, especially from transnational criminal actors, and the root causes of migration are particularly important in a country such as Mexico. Without Foundation support these exchanges will not take place.

13. Our relationship with Foundation staff has provided other significant non-monetary benefits. Foundation liaisons have provided important support throughout the grant life cycle. They have connected us to other resources and organizations, and provided organizational and administrative troubleshooting support. In addition, monitoring and evaluation specialists from the Foundation visit us regularly. Those specialists provide technical support and advice, and have helped us improve our monitoring systems and strategies. Auditors contracted by the Foundation have also provided us with assistance related to accounting, documentation, and compliance with relevant laws. These services have been critical to Alternativas's growth as an organization, and enabled us to access additional funding from other sources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2025 in Mexico City, Mexico.

Firmado por:

6BC2FF4B8B6D466...

Nadia Valeria Enríquez Ortiz
Co-Director, Alternativas y Capacidades

4

# EXHIBIT A



# INTER-AMERICAN FOUNDATION
# ACTION MEMORANDUM

March 4, 2025

**FROM:** Pete Marocco, Acting Chairman and President

**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Inter-American Foundation (IAF), effective March 4, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14217, *Commencing the Reduction of the Federal Bureaucracy*, issued on February 19, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective March 4, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**

See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**

Questions regarding this action may be directed to team@iaf.gov, or Lesley Duncan at lduncan@iaf.gov.

Sincerely,

*[signature]*

**Pete Marocco**

Acting Chairman and President
Inter-American Foundation
pmarocco@iaf.gov
1331 Pennsylvania Ave. NW, Suite 300S
Washington, DC 20004

**Attachment:** Exhibit Grant Notice

1



**INTER AMERICAN FOUNDATION**

**NOTICE OF GRANT TERMINATION**

March 4, 2025

████████

████████████████

Dear IAF Grantee,

This letter provides notice that the Inter-American Foundation (IAF) is terminating your federal Grant No. ME-587 effective March 4, 2025, through the termination clause in your Award Agreement.

The IAF was created more than fifty years ago to strengthen the United States by fostering security and development in the Western Hemisphere. See 22 U.S.C. 290f. This grant is unfortunately inconsistent with the agency's priorities. Independently and secondly, the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Therefore, the IAF hereby terminates your grant No. ME-587 in its entirety effective March 4, 2025.

Please send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable using the attached instructions. In addition, please submit in Govgrants your final programmatic and financial report no later than April 2, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. This includes the requirement to keep records three (3) years following the termination date and to file final reports due within thirty (30) days of the termination date. Additionally, an audit may be conducted by the IAF after the termination of the agreement. Title to all property purchased or improved with Award funds will remain with your organization per your grant agreement.

Please contact *both* team@iaf.gov and Lesley Duncan at lduncan@iaf.gov with any questions. We wish you well in your future activities.

Sincerely,

/s/ Pete Marocco

Pete Marocco

Acting Chairman and President

pmarocco@iaf.gov

1331 Pennsylvania Ave. NW, Suite 300S Washington, DC 20004