IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PETER MAROCCO et al.,<br><br>*Defendants*. | Case No.: _____ |

# DECLARATION OF NOAH BULLOCK FOR PLAINITFF CRISTOSAL HUMAN RIGHTS

I, Noah Bullock, declare as follows:

1. I am the Executive Director of Cristosal Human Rights. I submit this declaration in support of Plaintiffs' application for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as Executive Director of Cristosal.

2. Cristosal is a human rights organization that operates in El Salvador, Guatemala, and Honduras. It is registered in the state of Vermont; and has a staff person based in Minneapolis, Minnesota. It has founded by members of the Episcopal Church in partnership with the Anglican/Episcopal Church of El Salvador. The Episcopal Bishop of Vermont has a permanent seat on the Board of Directors.

3. Cristosal is committed to the protection of human rights and promoting the democratic rule of law. Victims of human rights violations are at the center of Cristosal's work.

4. El Salvador, Guatemala, and Honduras have among the high levels of internal displacement by criminal gangs, threats, extortions, and assassinations. This internal displacement is often a precursor to U.S.-bound irregular migration: If internal migrants are unable to find safety

1

elsewhere within their country of origin, they may choose to leave their home countries, and try to immigrate to the United States.

5. Cristosal works to counteract these forces through a variety of means. It works directly with victims of human rights violations by providing legal services, including helping them file legal complaints, navigate asylum processes in several countries, and advocate for legal protections. It provides mental health services to displaced individuals. It offers emergency shelter, food, and financial assistance to victims of forced displacement. It empowers communities to advocate for policies and laws that protect their members' rights and prevent future displacement. It strengthens local protection networks, trains community leaders, and works with municipal governments to create long-term stability in the countries in which it operates. And it documents serious human rights violations, efforts by state actors to limit the use of civic spaces, and acts of corruption, to provide objective data on the dynamics of the countries of the region.

6. Cristosal has worked closely with the Inter-American Foundation since 2020. The initial term of our grant agreement provided for a grant of $290,000 over two years. Cristosal and the Foundation subsequently agreed to several amendments to the grant agreement, increasing the grant amount to $540,000 and extending the grant period through September 18, 2025.

7. Among other things, Cristosal has used these funds to work with local organizations and municipal stakeholders in El Salvador, Honduras, and Guatemala to strengthen protections for internally displaced persons. It does so by building capacity of municipal governments and civil society organizations; documenting human rights violations; and supporting the development of legal and advocacy strategies for displaced persons. It has used the Foundation funds to work with local community groups to encourage the establishment and growth of private and government institutions that promote locally-based protection systems. For example, in the Guatemalan Municipality of Quetzaltenango, Cristosal formed a local protection committee with participation

from churches, community service organizations, and municipal government actors to provide comprehensive assistance to victims of violence. Similarly in the Honduran city of Choloma, Cristosal supported the creation of an economic development cooperative for people fleeing violence from narcotrafficking groups and gangs. In partnership with the City of Choloma the cooperative established a community market that supporting integration of internally-displaced persons and contributed to economic life of impoverished neighborhoods in the city.

8.      Cristosal has also used Foundation funds as part of its broader effort to provide long-term legal, mental health, and humanitarian support to victims of forced displacement. These services help victims rebuild their lives and access justice in their home countries. Without them, victims would be more likely to be displaced again and engage in migration to other countries, including the United States. In a study of 400 cases of internally displaced people that received assistance from Cristosal, with funding the Foundation and other United States foreign assistance agencies, none migrated and the intent to emigrate among the beneficiaries surveyed was reduced by 60-percent after six months of assistance.

9.      On March 4, 2025, we received a letter from Peter Marocco, who purported to be the Acting Chairman and President of the Foundation. That letter stated that the Foundation's grant to Cristosal was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions." It further instructed us to "send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable." It did not provide any other explanation. A copy of the letter we received is attached to this declaration.

10.     As of today, Cristosal has received $417,552.75 of the $540,000 promised under the grant agreement. Cristosal has spent $74,577.89 from other sources to cover costs that were supposed to be paid by the Foundation's grant.

11. Based on our past experience with the Foundation, before receiving the March 4 letter, Cristosal had anticipated applying for additional grants provided by the Foundation. Indeed, Cristosal was in the process of applying for a supplemental grant agreement from the Foundation that would have allowed it to continue providing services in Honduras and El Salvador and expand programing to assist internally displaced people and returnees with protection need in Guatemala for additional 2 years.

12. As a result of the termination of the Foundation grant, Cristosal will be unable to continue providing essential legal, humanitarian, and mental health services to 372 direct beneficiaries and 26,000 residents across six municipalities in El Salvador, Honduras, and Guatemala. It will also be unable to complete projects designed to document and analyze patterns of forced displacement, which are critical for policy advocacy. And the termination of Foundation funds also means the end of our geo-referencing project, which was designed to track population flows and the provision of services at the local level which can be used to shape policy. The termination of these services and programs will increase the likelihood that displaced individuals will migrate north, further exacerbating pressures on U.S. border security and immigration systems.

13. Our relationship with staff at the Foundation has also provided significant non-monetary benefits. Foundation liaisons have provided important support throughout the grant life cycle. They have connected us to other resources and organizations, and provided organizational and administrative troubleshooting support. In addition, monitoring and evaluation specialists from the Foundation visit us regularly. Those specialists provide technical support and advice, and have helped us improve our monitoring systems and strategies. Auditors contracted by the Foundation have also provided us with assistance related to accounting, documentation, and compliance with relevant laws. These services have been critical to Cristosal's growth as an organization, and enabled us to access additional funding from other sources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2025 in San Salvador, El Salvador.

_____
Noah Bullock
Executive Director, Cristosal Human Rights

# EXHIBIT A



# INTER-AMERICAN FOUNDATION
# ACTION MEMORANDUM

March 4, 2025

**FROM:** Pete Marocco, Acting Chairman and President

**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Inter-American Foundation (IAF), effective March 4, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14217, *Commencing the Reduction of the Federal Bureaucracy*, issued on February 19, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective March 4, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**

See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**

Questions regarding this action may be directed to team@iaf.gov, or Lesley Duncan at lduncan@iaf.gov.

Sincerely,

Pete Marocco

Acting Chairman and President
Inter-American Foundation
pmarocco@iaf.gov
1331 Pennsylvania Ave. NW, Suite 300S
Washington, DC 20004

**Attachment:** Exhibit Grant Notice

1



INTER AMERICAN FOUNDATION

NOTICE OF GRANT TERMINATION

March 4, 2025

███████

████████████

Dear IAF Grantee,

This letter provides notice that the Inter-American Foundation (IAF) is terminating your federal Grant No. ES-306 effective March 4, 2025, through the termination clause in your Award Agreement.

The IAF was created more than fifty years ago to strengthen the United States by fostering security and development in the Western Hemisphere. See 22 U.S.C. 290f. This grant is unfortunately inconsistent with the agency's priorities. Independently and secondly, the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Therefore, the IAF hereby terminates your grant No. ES-306 in its entirety effective March 4, 2025.

Please send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable using the attached instructions. In addition, please submit in Govgrants your final programmatic and financial report no later than April 2, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. This includes the requirement to keep records three (3) years following the termination date and to file final reports due within thirty (30) days of the termination date. Additionally, an audit may be conducted by the IAF after the termination of the agreement. Title to all property purchased or improved with Award funds will remain with your organization per your grant agreement.

Please contact *both* team@iaf.gov and Lesley Duncan at lduncan@iaf.gov with any questions. We wish you well in your future activities.

Sincerely,

/s/ Pete Marocco

Pete Marocco

Acting Chairman and President

pmarocco@iaf.gov

1331 Pennsylvania Ave. NW, Suite 300S Washington, DC 20004