## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*demandantes,*

*vs.*

PETER MAROCCO et al.,

*demandados.*

Número de caso: _____

### DECLARACIÓN DE OSCAR MENDIETA CHÁVEZ
### A FAVOR DEL DEMANDANTE FUNDACIÓN RENACE

Yo, Oscar Mendieta Chávez, declaro lo siguiente:

1.      Soy director ejecutivo de Fundación Renace. Presento esta declaración en apoyo de la solicitud de los Demandantes de una medida cautelar preliminar. Las afirmaciones realizadas en esta declaración están basadas en mi conocimiento personal y en mi comprensión de la información puesta a mi disposición en cumplimiento de mis funciones como director ejecutivo de Fundación Renace.

1.      Fundación Renace es una organización no gubernamental boliviana dedicada a promover la agricultura local mediante la asistencia técnica a las comunidades locales. Ha mejorado las condiciones de vida de más de 2,300 personas en una región con una producción de coca en expansión. Trabaja con otros socios de la región para promover prácticas agrícolas sostenibles que mejoren la producción, venta y comercialización de productos agrícolas primarios y de valor añadido.

2.      Fundación Renace colabora con la Fundación desde septiembre de 2017. Ha recibido un total de $563,294. Según los términos de su acuerdo de subvención vigente, debía recibir un total de $572,630 entre el 9 de septiembre de 2017 y el 9 de septiembre de 2025. Entre otras cosas, hemos

1

Docusign Envelope ID: AD7C7E64-0228-4365-936D-F64155D7E549

utilizado estos fondos para brindar asistencia técnica, capacitación, acceso al crédito y educación financiera a nueve empresas indígenas lideradas por mujeres. Trabajamos con estas mujeres para mejorar sus habilidades empresariales, de producción y de comercialización. También las ayudamos a aumentar la cantidad y la calidad de cinco productos de valor agregado (jugos, bebidas, harinas, frutas deshidratadas y snacks) para que sean competitivos en los mercados regionales, nacionales y, potencialmente, internacionales. Además, las ayudamos a obtener contratos para proporcionar alimentos nutritivos a los programas de desayuno escolar y para el Subsidio de Lactancia Materna, un programa del Servicio para el Desarrollo de las Empresas Públicas Productivas (SEDEM) de Bolivia que distribuye subsidios nutricionales en especie a lactantes.

3.      El 4 de marzo de 2025, recibimos una carta de Peter Marocco, quien dijo ser el presidente interino de la Fundación. Dicha carta indicaba que la subvención de la Fundación a Cristosal era "incompatible con las prioridades de la agencia" y que "la orden ejecutiva del Presidente del 19 de febrero de 2025 exige que la IAF elimine todas las actividades y funciones no requeridas por ley". Además, instruía a "enviar los fondos restantes no usados a la IAF, de conformidad con la cláusula de rescisión y la legislación local, en un plazo de quince (15) días o tan pronto como sea posible". No proporcionó ninguna otra explicación. Se adjunta a esta declaración una copia de la carta que recibimos.

4.      A la fecha, se adeudan a Fundación Renace $9,336 según los términos de su subvención. Fundación Renace colaboraba con una asociación empresarial a fin de preparar tres licitaciones para contratos gubernamentales, bajo las cuales las empresas habrían obtenido $26,000 por la venta de banana y $90,300 por la venta de productos procesados de banana (incluida la harina de banana). La pérdida de estos contratos afecta a 200 familias productoras de banana y a otras 60 personas que la procesan para obtener productos de banana. Además, Fundación Renace estaba ayudando a tres organizaciones a prepararse para responder a una convocatoria de contratos de la

Escaneado con CamScanner

Docusign Envelope ID: AD7C7E64-0228-4365-936D-F64155D7E549

SEDEM, que se abriría en abril, a fin de brindar servicios de alimentación para el Subsidio de Lactancia Materna. Los productos del Subsidio incluían harina de banana, harina de plátano verde, harina de yuca y frutos secos. Sin los fondos de la subvención que se le adeudan, Fundación Renace no podrá continuar brindando dicha asistencia. La pérdida de los fondos reducirá la capacidad de seis asociaciones lideradas por mujeres para generar ingresos, lo que reducirá su capacidad para competir en los mercados regionales y nacionales más amplios. Además, afectará la seguridad alimentaria y el sustento económico de más de 1,000 personas. El fin de nuestra subvención debilitará las alternativas económicas de las mujeres, lo que las hará más vulnerables a los traficantes, contrabandistas y a las rutas migratorias controladas por los cárteles. Estas mujeres se verán frustradas en sus esfuerzos por reclamar sus derechos económicos, mejorar sus ingresos y mantener a sus familias.

     5.      Nuestra relación con el personal de la Fundación también ha proporcionado importantes beneficios no monetarios. Los enlaces de la Fundación han brindado un apoyo importante durante todo el ciclo de vida de la subvención. Nos han conectado con otros recursos y organizaciones, y nos han brindado apoyo para la resolución de problemas organizativos y administrativos. Además, los especialistas en monitoreo y evaluación de la Fundación nos han realizado visitas periódicas. Estos especialistas nos brindan apoyo técnico y asesoramiento, y nos han ayudado a mejorar nuestros sistemas y estrategias de monitoreo. Los auditores contratados por la Fundación también nos han brindado asistencia en materia de contabilidad, documentación y cumplimiento de la legislación pertinente. Estos servicios han sido fundamentales para el

Escaneado con CamScanner

Docusign Envelope ID: AD7C7E64-0228-4365-936D-F64155D7E549

crecimiento de Fundación Renace como organización y nos permitieron acceder a financiación adicional de otras fuentes.

Declaro bajo pena de perjurio, de conformidad con la legislación de los Estados Unidos de América, que lo anterior es cierto y correcto.

Ejecutado el 21 de marzo de 2025 en La Paz, Bolivia.

Oscar Mendieta Chávez
Director ejecutivo, Fundación Renace

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., | |
| *Plaintiffs,* | |
| *v.* | Case No.: _____ |
| PETER MAROCCO et al., | |
| *Defendants.* | |

**DECLARATION OF OSCAR MENDIETA CHAVEZ
FOR PLAINTIFF FUNDACIÓN RENACE**

I, Oscar Mendieta Chávez, declare as follows:

1.      I am the Executive Director of Fundación Renace. I submit this declaration in support of Plaintiffs' application for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as Executive Director of Fundación Renace.

1.      Fundación Renace is a Bolivian non-governmental organization dedicated to promoting local farming by providing technical assistance to local communities. It has improved the economic livelihoods of more than 2,300 people in a region that is expanding coca production. It works with other partners in the region to promote sustainable agricultural practices that improve the production, sale, and marketing of primary and value-added agricultural products.

2.      Fundación Renace has worked with the Foundation since September 2017. It has received a total of $563,294. Under the terms of its current grant agreement, it was supposed to receive a total of $572,630 between September 9, 2017, and September 9, 2025. Among other things, we have used these funds to provide technical assistance, training, access to credit, and financial literacy to nine indigenous, women-led enterprises. We worked with these women to improve their

1

business, production, and marketing skills. We also helped them increase the quantity and quality of five value-added products—juices, beverages, flours, dehydrated fruits, and snacks—so that these products can be competitive in regional, national, and potentially international markets. And we helped them obtain contracts to provide nutritious food for school breakfast programs and for the Breastfeeding Subsidy ("Subsidio de Lactancia"), a program under Bolivia's Service for the Development of Productive Public Companies ("SEDEM") that distributes in-kind nutrition subsidies to infants.

3.      On March 4, 2025, we received a letter from Peter Marocco, who purported to be the Acting Chairman and President of the Foundation. That letter stated that the Foundation's grant to Cristosal was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions." It further instructed us to "send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable." It did not provide any other explanation. A copy of the letter we received is attached to this declaration.

4.      As of today, Fundación Renace is owed $9,336 under the terms of its grant. Fundación Renace was working with a business association to prepare three bids for government contracts, under which the businesses would have made $26,000 from selling bananas and $90,300 from selling processed banana products (including banana flour). The loss of these contracts affects 200 families that produce bananas and another 60 individuals who process them into banana products. In addition, Fundación Renace was in the midst of helping three organizations prepare to respond to a contract solicitation from SEDEM, set to open in April, to provide food services for the Breastfeeding Subsidy. Products for the Subsidy included banana flour, green plantain flour, cassava flour, and dried fruits. Absent the grant funds it is owed, Fundación Renace will be unable to continue providing that assistance. Loss of the funds will cut short the ability of six women-led

2

associations to generate income, reducing their ability to compete in the larger regional and national markets. And it will affect the food security and economic livelihood of more than 1,000 people. The end of our grant will weaken economic alternatives for women, making them more vulnerable to traffickers, smugglers, and cartel-controlled migration routes. These women will be frustrated in their efforts to claim economic rights, improve their income, and support their families.

5.      Our relationship with staff at the Foundation has also provided significant non-monetary benefits. Foundation liaisons have provided important support throughout the grant life cycle. They have connected us to other resources and organizations, and provided organizational and administrative troubleshooting support. In addition, monitoring and evaluation specialists from the Foundation visit us regularly. Those specialists provide technical support and advice, and have helped us improve our monitoring systems and strategies. Auditors contracted by the Foundation have also provided us with assistance related to accounting, documentation, and complying with relevant laws. These services have been critical to Fundación Renace's growth as an organization, and enabled us to access additional funding from other sources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March __, 2025 in La Paz, Bolivia.


_____
Oscar Mendieta Chavez
Executive Director, Fundación Renace



t. 617.731.3510
f. 617.731.3700
service@languageconnections.com

2001 beacon street
boston, ma 02135
www.LanguageConnections.com

STATE OF:      *Massachusetts*

COUNTY OF:  *Suffolk*

# CERTIFICATE OF ACCURACY

**Magdalena Español**, on behalf of Language Connections, certifies:

1.  That our translator(s) are fluent in both the **English** and **Spanish** languages.

2.  That we have made the attached translation of the below mentioned original document(s) from **English** into **Spanish** and hereby certify that the same is a true and complete translation to the best of our translator(s) knowledge, ability, and belief.

3. Document name:

- Declaration of Oscar Mendieta Chávez (Fundación Renace) for Plaintiff.

Signature:        *Magdalena Español*

Project Manager
March 21, 2025

# EXHIBIT A



## INTER-AMERICAN FOUNDATION
## ACTION MEMORANDUM

March 4, 2025

**FROM:** Pete Marocco, Acting Chairman and President

**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Inter-American Foundation (IAF), effective March 4, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14217, *Commencing the Reduction of the Federal Bureaucracy*, issued on February 19, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective March 4, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**
See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**
Questions regarding this action may be directed to team@iaf.gov, or Lesley Duncan at lduncan@iaf.gov.

**Sincerely,**

**Pete Marocco**

Acting Chairman and President
Inter-American Foundation
pmarocco@iaf.gov
1331 Pennsylvania Ave. NW, Suite 300S
Washington, DC 20004

**Attachment:** Exhibit Grant Notice

1



**INTER AMERICAN FOUNDATION**

**NOTICE OF GRANT TERMINATION**

March 4, 2025

██████████

████████████████

Dear IAF Grantee,

This letter provides notice that the Inter-American Foundation (IAF) is terminating your federal Grant No. BO-532 effective March 4, 2025, through the termination clause in your Award Agreement.

The IAF was created more than fifty years ago to strengthen the United States by fostering security and development in the Western Hemisphere. See 22 U.S.C. 290f. This grant is unfortunately inconsistent with the agency's priorities. Independently and secondly, the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Therefore, the IAF hereby terminates your grant No. BO-532 in its entirety effective March 4, 2025.

Please send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable using the attached instructions. In addition, please submit in Govgrants your final programmatic and financial report no later than April 2, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. This includes the requirement to keep records three (3) years following the termination date and to file final reports due within thirty (30) days of the termination date. Additionally, an audit may be conducted by the IAF after the termination of the agreement. Title to all property purchased or improved with Award funds will remain with your organization per your grant agreement.

Please contact *both* team@iaf.gov and Lesley Duncan at lduncan@iaf.gov with any questions. We wish you well in your future activities.


Sincerely,

/s/ Pete Marocco

Pete Marocco

Acting Chairman and President

pmarocco@iaf.gov

1331 Pennsylvania Ave. NW, Suite 300S Washington, DC 20004