EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*demandantes,*

*vs.*

PETE MAROCCO et al.,

*demandados.*

Número de caso: _____

**DECLARACIÓN DE RENÉ AUSECHA CHAUX EN APOYO AL DEMANDANTE CORPORACION TECNICA PROFESIONAL CAMINOS DEL SUROCCIDENTE COLOMBIANO**

Yo, René Ausecha Chaux, declaro lo siguiente:

1.  Soy el Presidente de la Corporación Técnica Profesional Caminos del Suroccidente Colombiano, o Corpocaminos. Presento esta declaración en apoyo de la solicitud de los Demandantes de una medida cautelar preliminar. Las afirmaciones realizadas en esta declaración están basadas en mi conocimiento personal y en mi comprensión de la información puesta a mi disposición en cumplimiento de mis funciones como representante de Corpocaminos.

2.  Corpocaminos se encuentra en el Cauca, un departamento de Colombia en el suroeste del país. Corpocaminos es la primera institución de educación superior técnica comunitaria de la región. Obtuvo su personería jurídica por parte del Ministerio de Educación de Colombia en 2019.

3.  La misión de Corpocaminos es ampliar el acceso a la educación superior en el suroeste de Colombia, especialmente para los jóvenes y la población rural de bajos recursos. Ofrece formación técnica y profesional integral en áreas como la agricultura y el turismo a poblaciones que, de otro modo, tendrían pocas oportunidades económicas.

1

4. Corpocaminos comenzó a colaborar con la Fundación en 2020. Según los términos de nuestro acuerdo de subvención, debíamos recibir un total de $544,012 entre 2020 y 2026.

5. Entre otras cosas, Corpocaminos ha utilizado los fondos de la Fundación para financiar infraestructura física y tecnológica, como la compra de herramientas para nuestros laboratorios, libros para nuestras bibliotecas, computadoras e impresoras; el acceso a Internet; el diseño de planes de estudio; y la capacitación de nuestro profesorado y personal. Los fondos de la Fundación también se han utilizado para ayudar a que dos programas académicos de Corpocaminos, el Técnico Profesional en Producción Agroeconómica y el Técnico Profesional en Operación de Servicios Turísticos Sostenibles, cumplan con los estándares necesarios para certificar los programas según los requisitos establecidos por el Ministerio de Educación. Los fondos de la Fundación se han utilizado para capacitar a 116 personas. Estas personas han continuado trabajando en turismo, restaurantes y agroecología.

6. El 4 de marzo de 2025, recibimos una carta de Peter Marocco, quien dijo ser el presidente interino de la Fundación. Dicha carta indicaba que la subvención de la Fundación a Corpocaminos era "incompatible con las prioridades de la agencia" y que "la orden ejecutiva del Presidente del 19 de febrero de 2025 exige que la IAF elimine todas las actividades y funciones no requeridas por ley". Además, instruía a "enviar los fondos restantes no usados a la IAF, de conformidad con la cláusula de rescisión y la legislación local, en un plazo de quince (15) días o tan pronto como sea posible". No proporcionó ninguna otra explicación. Se adjunta a esta declaración una copia de la carta que recibimos.

7. A Corpocaminos se le adeudan $116,247 según los términos de nuestro acuerdo de subvención.

8. La pérdida de estos fondos podría causar daños catastróficos a Corpocaminos. Sin estos fondos, el Ministerio de Educación Nacional podría cancelar la personería jurídica de

Corpocaminos, lo que daría como resultado la disolución de la institución. El artículo 102 de la Ley 30 de 1992 establece que, cuando se crea una nueva institución como la nuestra, debe recibir al menos algún financiamiento de fuentes distintas a las de matrícula. Corpocaminos ha identificado los fondos de la Fundación como una fuente para cumplir con este requisito ante el Ministerio de Educación.

9. Sin estos fondos, Corpocaminos no podrá continuar brindando educación y formación profesional a sus estudiantes, muchos de los cuales provienen de entornos rurales y económicamente desfavorecidos. La pérdida de financiamiento no solo afectará nuestra capacidad para cumplir con los requisitos regulatorios, sino que también tendrá consecuencias devastadoras para los estudiantes que dependen de estos programas para escapar de los ciclos de pobreza y las economías ilegales.

10. Además, Corpocaminos desempeña un papel fundamental en la economía local y nacional, ya que capacita a profesionales en sectores vitales para el desarrollo de Colombia, como la agricultura sostenible y el turismo legal. Si la institución se ve obligada a cerrar, Colombia perderá un socio clave para impulsar las oportunidades educativas y económicas. Además, creará mayores incentivos para que las poblaciones a las que servimos recurran a actividades ilegales para obtener empleo, como el cultivo y el tráfico de coca y la minería ilegal.

11. Nuestra relación con el personal de la Fundación también ha proporcionado importantes beneficios no monetarios. Nos ha permitido participar en programas y reuniones con otros beneficiarios de la Fundación, de quienes podemos aprender. Los enlaces de la Fundación han brindado un apoyo importante durante todo el ciclo de vida de la subvención. Nos han conectado con otros recursos y organizaciones, y nos han brindado apoyo para la resolución de problemas organizativos y administrativos. Además, los especialistas en monitoreo y evaluación de la Fundación nos han realizado visitas periódicas. Estos especialistas nos brindan apoyo técnico y asesoramiento, y

3

nos han ayudado a mejorar nuestros sistemas y estrategias de monitoreo. Los auditores contratados por la Fundación también nos han brindado asistencia en materia de contabilidad, documentación y cumplimiento de la legislación pertinente. Estos servicios han sido fundamentales para el crecimiento de Corpocaminos como organización y nos permitieron acceder a financiación adicional de otras fuentes.

Declaro bajo pena de perjurio, de conformidad con la legislación de los Estados Unidos de América, que lo anterior es cierto y correcto.

Ejecutado el 20 de marzo de 2025 en Cauca, Colombia.

Signed by:

René Ausecha Chaux
Presidente, Corpocaminos

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., *Plaintiffs,* v. PETE MAROCCO et al., *Defendants.* | Case No.: _____ |

**DECLARATION OF RENÉ AUSECHA CHAUX IN SUPPORT OF PLAINTIFF CORPORACION TECNICA PROFESIONAL CAMINOS DEL SUROCCIDENTE COLOMBIANO**

I, René Ausecha Chaux, declare as follows:

1. I am the President of the Corporacion Tecnica Profesional Caminos del Suroccidente Colombiano, or Corpocaminos. I submit this declaration in support of Plaintiffs' application for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as a representative of Corpocaminos.

2. Corporcaminos is located in Cauca, a Department of Colombia in the southwestern part of the country. Corpocaminos is the first community-led technical college in the region. It was granted legal status by Colombia's Ministry of Education in 2019.

3. Corpocaminos's mission is to expand access to higher education in southwest Colombia, especially for young people and the rural poor. It provides comprehensive technical and professional training in fields such as agriculture and tourism to populations that otherwise have few economic opportunities.

1

4. Corpocaminos first began working with the Foundation in 2020. Under the terms of our grant agreement, we were supposed to receive a total of $544,012 between 2020 and 2026.

5. Among other things, Corpocaminos has used Foundation funds to pay for physical and technological infrastructure, such as purchasing tools for our laboratories, books for our libraries, and computers and printers; securing internet access; designing curricula; and training our teachers and staff. Foundation funds have also been used to help bring two of Corpocaminos's academic programs—the Professional Technician in Agroeconomic Production and the Professional Technician in Operation of Sustainable Tourism Services—into compliance with the standards necessary to certify the programs under requirements set forth by the Ministry of Education. Foundation funds have been used to provide training to 116 people. They have gone on to work in tourism, at restaurants, and agroecology.

6. On March 4, 2025, we received a letter from Peter Marocco, who purported to be the Acting Chairman and President of the Foundation. That letter stated that the Foundation's grant to Corpocaminos was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions." It further instructed us to "send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable." It did not provide any other explanation. A copy of the letter we received is attached to this declaration.

7. Corpocaminos is owed $116,247 under the terms of our grant agreement.

8. Loss of these funds risks catastrophic harms for Corpocaminos. Without these funds, the Ministry of National Education may cancel Corpocaminos's legal status, which would result in a dissolution of the college. Article 102 of Law 30 of 1992 establishes that when a new institution like ours is created, it must receive at least some financing from sources other than tuition

fees. Corpocaminos has identified Foundation funds as a source of meeting this requirement to the Ministry of Education

9. Without these funds, Corpocaminos will be unable to continue providing education and vocational training to its students, many of whom come from rural and economically disadvantaged backgrounds. The loss of funding will not only affect our ability to meet regulatory requirements but will also have devastating consequences for the students who rely on these programs as a means of escaping cycles of poverty and illegal economies.

10. Additionally, Corpocaminos plays a critical role in the local and national economy by training professionals in sectors vital to Colombia's development, including sustainable agriculture and legal tourism. If the institution is forced to close, Colombia will lose a key partner in advancing educational and economic opportunities. And it will create greater incentives for the populations we serve to turn to illegal activities for employment, including growing and trafficking coca and illegal mining.

11. Our relationship with staff at the Foundation has also provided significant non-monetary benefits. It has allowed us to participate in programs and meetings with other Foundation grantees, from whom we can learn. Foundation liaisons have provided important support throughout the grant life cycle. They have connected us to other resources and organizations, and provided organizational and administrative troubleshooting support. In addition, monitoring and evaluation specialists from the Foundation visit us regularly. Those specialists provide technical support and advice, and have helped us improve our monitoring systems and strategies. Auditors contracted by the Foundation have also provided us with assistance related to accounting, documentation, and complying with relevant laws. These services have been critical to

Corpocaminos's growth as an organization, and enabled us to access more funding from other sources.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on March __, 2025 in Cauca, Colombia.

_____
René Ausecha Chaux
President, Corpocaminos



STATE OF:      *Massachusetts*

COUNTY OF:  *Suffolk*

# CERTIFICATE OF ACCURACY

**Magdalena Español**, on behalf of Language Connections, certifies:

1. That our translator(s) are fluent in both the **English** and **Spanish** languages.

2. That we have made the attached translation of the below mentioned original document(s) from **English** into **Spanish** and hereby certify that the same is a true and complete translation to the best of our translator(s) knowledge, ability, and belief.

3. Document name:

- Declaration of Rene Chaux (Corpocaminos) for Plaintiff.

Signature:      *Magdalena Español*

Project Manager
March 21, 2025

# EXHIBIT A



# INTER-AMERICAN FOUNDATION
# ACTION MEMORANDUM

March 4, 2025

**FROM:** Pete Marocco, Acting Chairman and President

**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Inter-American Foundation (IAF), effective March 4, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14217, *Commencing the Reduction of the Federal Bureaucracy*, issued on February 19, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective March 4, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**

See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**

Questions regarding this action may be directed to team@iaf.gov, or Lesley Duncan at lduncan@iaf.gov.

Sincerely,

*[signature]*

**Pete Marocco**

Acting Chairman and President
Inter-American Foundation
pmarocco@iaf.gov
1331 Pennsylvania Ave. NW, Suite 300S
Washington, DC 20004

**Attachment:** Exhibit Grant Notice

1



INTER AMERICAN FOUNDATION

NOTICE OF GRANT TERMINATION

March 4, 2025

█████████████

█████████████

Dear IAF Grantee,

This letter provides notice that the Inter-American Foundation (IAF) is terminating your federal Grant No. CO-592 effective March 4, 2025, through the termination clause in your Award Agreement.

The IAF was created more than fifty years ago to strengthen the United States by fostering security and development in the Western Hemisphere. See 22 U.S.C. 290f. This grant is unfortunately inconsistent with the agency's priorities. Independently and secondly, the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Therefore, the IAF hereby terminates your grant No. CO-592 in its entirety effective March 4, 2025.

Please send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable using the attached instructions. In addition, please submit in Govgrants your final programmatic and financial report no later than April 2, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. This includes the requirement to keep records three (3) years following the termination date and to file final reports due within thirty (30) days of the termination date. Additionally, an audit may be conducted by the IAF after the termination of the agreement. Title to all property purchased or improved with Award funds will remain with your organization per your grant agreement.

Please contact *both* team@iaf.gov and Lesley Duncan at lduncan@iaf.gov with any questions. We wish you well in your future activities.

Sincerely,

/s/ Pete Marocco

Pete Marocco

Acting Chairman and President

pmarocco@iaf.gov

1331 Pennsylvania Ave. NW, Suite 300S Washington, DC 20004