EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., *demandantes,* vs. PETER MAROCCO et al., *demandados.* | Número de caso: _____ |

**DECLARACIÓN DE ZOILA REÁTEGUI A FAVOR DEL DEMANDANTE ASOCIACIÓN LAS PREGONERAS**

Yo, Zoila Reátegui, declaro lo siguiente:

1. Soy la presidenta de la Asociación Las Pregoneras. Presento esta declaración en apoyo de la solicitud de los Demandantes de una medida cautelar preliminar. Las afirmaciones realizadas en esta declaración están basadas en mi conocimiento personal y en mi comprensión de la información puesta a mi disposición en cumplimiento de mis funciones como presidenta de Pregoneras.

2. Pregoneras es una organización ubicada en Lima, Perú. Se dedica a promover el bienestar de las poblaciones vulnerables, especialmente de las víctimas de violencia doméstica y violencia escolar.

3. Pregoneras colabora con los Gobiernos locales y la policía en campañas de prevención de la violencia doméstica. También brinda servicios de salud mental a mujeres, niños y niñas víctimas de violencia doméstica. Entre otras cosas, Pregoneras realiza visitas puerta a puerta con líderes comunitarios y la Policía Nacional del Perú con el objetivo de ofrecer a las familias orientación sobre los procedimientos para denunciar actos de violencia a la policía local. Pregoneras

1

también trabaja con estudiantes, padres y docentes para abordar la violencia física, psicológica y sexual en escuelas secundarias.

4.  La violencia doméstica y la violencia en las escuelas son problemas particularmente graves en Perú. En 2021, la Policía Nacional del Perú registró más de 240,000 casos de violencia doméstica en todo el país. En 2023, se registraron aproximadamente 12,000 casos de violencia escolar.

5.  Pregoneras comenzó a trabajar con la Fundación Interamericana en 2023, cuando recibió una subvención de $125,000 para gastar entre julio de 2023 y enero de 2025. Esos fondos se han utilizado para capacitar a 200 padres y docentes sobre cómo identificar y prevenir la violencia en las escuelas. Nuestro trabajo dio como resultado una disminución del 13% en los incidentes de violencia en las escuelas a las que prestamos servicios. También utilizamos fondos de la Fundación para brindar a 192 jóvenes, incluidas víctimas de violencia doméstica, habilidades de resolución de problemas y gestión de conflictos, así como servicios de salud mental. Estos estudiantes mejoraron sus calificaciones y tuvieron menos probabilidades de abandonar la escuela. Otros 2,859 jóvenes participaron en talleres que los capacitaron para identificar y prevenir la violencia doméstica en el futuro. También empleamos fondos de la Fundación en la capacitación de mujeres para que fueran puerta a puerta e informaran a las familias sobre cómo prevenir o responder a la violencia doméstica.

6.  El 4 de marzo de 2025, recibimos una carta de Peter Marocco, quien dijo ser el presidente interino de la Fundación. La carta indicaba que la subvención de la Fundación a Pregoneras era "incompatible con las prioridades de la agencia" y que "la orden ejecutiva del Presidente del 19 de febrero de 2025 exige que la IAF elimine todas las actividades y funciones no requeridas por ley". Además, instruía a "enviar los fondos restantes no usados a la IAF, de conformidad con la cláusula de rescisión y la legislación local, en un plazo de quince (15) días o tan pronto como sea posible". No proporcionó ninguna otra explicación. También indicaba que

debíamos presentar un informe programático y financiero final a la Fundación antes del 2 de abril de 2025. Se adjunta a esta declaración una copia de la carta que recibimos.

7. Al momento de recibir esta carta, Pregoneras estaba negociando una enmienda que habría extendido su acuerdo hasta 2027 y le habría otorgado $267,000 adicionales. El único paso restante era que el presidente de la Fundación firmara el acuerdo.

8. La pérdida de fondos de la Fundación amenaza gravemente la situación financiera general de Pregoneras. De forma inmediata, Pregoneras tendrá que reducir su equipo técnico, lo que implica el despido de comunicadores y psicólogos. Más importante aún, esto obstaculizará nuestra capacidad para combatir la violencia doméstica y escolar, lo que aumenta la probabilidad de que las poblaciones a las que servimos busquen emigrar a otros países, incluido Estados Unidos. Las personas sobrevivientes de violencia doméstica y escolar son especialmente propensas a emigrar si carecen de protección y apoyo en sus países de origen. Nuestros programas se han enfocado en prevenir esta violencia desde el principio y para ayudar a quienes sufren abuso a reconstruir sus vidas donde se encuentran.

9. Pregoneras también esperaba participar en los intercambios patrocinados por la Fundación entre beneficiarios en Perú y aprender de organizaciones de toda Latinoamérica sobre las mejores prácticas para la prevención de la violencia. Estos intercambios son una oportunidad importante para aprender de otras organizaciones y fortalecer la capacidad de la nuestra. Sin los fondos de la Fundación, no podremos participar en estos intercambios.

10. Nuestra relación con el personal de la Fundación ha proporcionado importantes beneficios no monetarios adicionales. Los enlaces de la Fundación han brindado un apoyo importante durante todo el ciclo de vida de la subvención. Nos han conectado con otros recursos y organizaciones, y nos han brindado apoyo para la resolución de problemas organizativos y administrativos. Además, los especialistas en monitoreo y evaluación de la Fundación nos han

3

realizado visitas periódicas. Estos especialistas nos brindan apoyo técnico y asesoramiento, y nos han ayudado a mejorar nuestros sistemas y estrategias de monitoreo. Los auditores contratados por la Fundación también nos han brindado asistencia en materia de contabilidad, documentación y cumplimiento de la legislación pertinente. Estos servicios han sido fundamentales para el crecimiento de Pregoneras como organización y nos han permitido acceder a financiación adicional de otras fuentes.

Declaro bajo pena de perjurio, de conformidad con la legislación de los Estados Unidos de América, que lo anterior es cierto y correcto.

Ejecutado el 20 de marzo de 2025 en Lima, Perú.

Firmado por:

DDE5CD43352243B...

Zoila Reátegui
Presidenta, Asociación Las Pregoneras

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., <br><br> *Plaintiffs,* <br><br> *v.* <br><br> PETER MAROCCO et al., <br><br> *Defendants.* | Case No.: _____ |

## DECLARATION OF ZOILA REÁTEGUI FOR PLAINTIFF ASOCIACIÓN LAS PREGONERAS

I, Zoila Reátegui, declare as follows:

1. I am the President of Asociación Las Pregoneras. I submit this declaration in support of Plaintiffs' application for a preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties as President of Pregoneras.

2. Pregoneras is an organization located in Lima, Peru. It is dedicated to promoting the well-being of vulnerable populations, especially victims of domestic violence and violence in schools.

3. Pregoneras collaborates with local governments and police on domestic violence prevention campaigns. It also provides mental health care services to women and children victims of domestic violence. Among other things, Pregoneras goes door-to-door with community leaders and the Peruvian National Police to offer families guidance on the procedures for reporting acts of violence to local police. Pregoneras also works with students, parents, and teachers to address physical, psychological, and sexual violence in secondary schools.

1

4. Domestic violence and violence in schools are particularly acute problems in Peru. In 2021, the Peruvian National Police registered more than 240,000 cases of domestic violence nationwide. In 2023, there were approximately 12,000 cases of school violence.

5. Pregoneras began working with the Inter-American Foundation in 2023, receiving a $125,000 grant to be spent between July 2023 and January 2025. Those funds have been used to educate 200 parents and teachers on how to identify and prevent violence in schools. Our work resulted in a 13-percent decrease in incidents of violence in the schools we served. We also used Foundation funds to provide 192 young people, including victims of domestic violence, with problem-solving and conflict management skills and mental health services. These students saw their grades improve, and were less likely to drop out of school. An additional 2,859 young people participated in workshops that trained them on how to identify and prevent domestic violence in the future. We also used Foundation funds to train women to go door-to-door to provide information to families on how to prevent or respond to domestic violence.

6. On March 4, 2025, we received a letter from Peter Marocco, who purported to be the Acting Chairman and President of the Foundation. The letter stated that the Foundation's grant to Pregoneras was "inconsistent with the agency's priorities," and that "the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions." It further instructed us to "send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable." It did not provide any other explanation. It also stated that we were required to submit a final programmatic and financial report to the Foundation by April 2, 2025. A copy of the letter we received is attached to this declaration.

7. At the time we received this letter, Pregoneras was negotiating an amendment that would have extended its agreement through 2027 and granted Pregoneras an additional $267,000. The only step remaining was for the Foundation's President to sign the agreement.

8. The loss of Foundation funds severely threatens Pregoneras's overall financial situation. Most immediately, Pregoneras will have to reduce its technical team, including by laying off communicators and psychologists. More importantly, it will impede our ability to counter domestic and school-based violence, which increases the likelihood that the populations we serve will seek to immigrate to other countries, including the United States. Survivors of domestic and school-based violence are especially likely to flee if they lack protection and support in their countries of origin. Our programs worked to prevent this violence in the first place; and to help those who are abused rebuild their lives where they are.

9. Pregoneras was also anticipating participating in Foundation-sponsored exchanges among grantees in Peru and learning from organizations throughout Latin America on best practices for violence prevention. These exchanges are an important opportunity to learn from other organizations and strengthen the capacity of our own. Without Foundation funds, we will not be able to participate in these exchanges.

10. Our relationship with Foundation staff has provided additional significant non-monetary benefits. Foundation liaisons have provided important support throughout the grant life cycle. They have connected us to other resources and organizations, and provided organizational and administrative troubleshooting support. In addition, monitoring and evaluation specialists from the Foundation visit us regularly. Those specialists provide technical support and advice, and have helped us improve our monitoring systems and strategies. Auditors contracted by the Foundation have also provided us with assistance related to accounting, documentation, and how to comply with

relevant laws. These services have been critical to Pregoneras's growth as an organization, and have enabled us to access additional funding from other sources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March __, 2025 in Lima, Peru.

_____
Zoila Reátegui
President, Asociación Las Pregoneras

4



STATE OF:     *Massachusetts*

COUNTY OF:  *Suffolk*

# CERTIFICATE OF ACCURACY

**Magdalena Español**, on behalf of Language Connections, certifies:

1.  That our translator(s) are fluent in both the **English** and **Spanish** languages.

2.  That we have made the attached translation of the below mentioned original document(s) from **English** into **Spanish** and hereby certify that the same is a true and complete translation to the best of our translator(s) knowledge, ability, and belief.

3. Document name:

- Declaration of Zoila Reátegui (Asociación Las Pregoneras) for Plaintiff.

Signature:  *Magdalena Español*

Project Manager
March 21, 2025



# INTER-AMERICAN FOUNDATION
# ACTION MEMORANDUM

March 4, 2025

**FROM:** Pete Marocco, Acting Chairman and President

**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Inter-American Foundation (IAF), effective March 4, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14217, *Commencing the Reduction of the Federal Bureaucracy*, issued on February 19, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective March 4, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**

See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**

Questions regarding this action may be directed to team@iaf.gov, or Lesley Duncan at lduncan@iaf.gov.

Sincerely,

Pete Marocco

Acting Chairman and President
Inter-American Foundation
pmarocco@iaf.gov
1331 Pennsylvania Ave. NW, Suite 300S
Washington, DC 20004

**Attachment:** Exhibit Grant Notice

1



INTER AMERICAN FOUNDATION

NOTICE OF GRANT TERMINATION

March 4, 2025

███████

███████████

Dear IAF Grantee,

This letter provides notice that the Inter-American Foundation (IAF) is terminating your federal Grant No. PU-612 effective March 4, 2025, through the termination clause in your Award Agreement.

The IAF was created more than fifty years ago to strengthen the United States by fostering security and development in the Western Hemisphere. See 22 U.S.C. 290f. This grant is unfortunately inconsistent with the agency's priorities. Independently and secondly, the President's February 19, 2025 executive order mandates that the IAF eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Therefore, the IAF hereby terminates your grant No. PU-612 in its entirety effective March 4, 2025.

Please send remaining, unspent funds to the IAF, in accordance with the termination clause and local law, within fifteen (15) days or as soon as practicable using the attached instructions. In addition, please submit in Govgrants your final programmatic and financial report no later than April 2, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. This includes the requirement to keep records three (3) years following the termination date and to file final reports due within thirty (30) days of the termination date. Additionally, an audit may be conducted by the IAF after the termination of the agreement. Title to all property purchased or improved with Award funds will remain with your organization per your grant agreement.

Please contact *both* team@iaf.gov and Lesley Duncan at lduncan@iaf.gov with any questions. We wish you well in your future activities.

Sincerely,

/s/ Pete Marocco

Pete Marocco

Acting Chairman and President

pmarocco@iaf.gov

1331 Pennsylvania Ave. NW, Suite 300S Washington, DC 20004