IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PETE MAROCCO et al., <br><br> *Defendants.* | Case No.: _____ |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' motion for a preliminary injunction, the motion is **GRANTED** and it is **ORDERED** that Defendants Peter Marocco, Dominic Bumbaca, Sergio Gor, U.S. DOGE Service, U.S. DOGE Service Temporary Organization, Amy Gleason, U.S. Department of the Treasury, and Scott Bessent, and all those acting in concert with them, are preliminarily **ENJOINED**:

- From freezing, pausing, or otherwise preventing the disbursement of funds obligated under the terms of grant agreements and contracts entered into by the Inter-American Foundation in effect as of February 28, 2025;

- From continuing to keep Inter-American Foundation employees on administrative leave and from implementing or otherwise giving effect to a reduction in force with respect to those employees; and

- To pay any grant funds unlawfully withheld from Inter-American Foundation grantees and contractors since February 28, 2025, and to return any funds sent by Inter-American Foundation grantees back to the federal government under the terms of the March 4, 2025 letter sent to Inter-American Foundation grantees.

Defendant Peter Marocco, and any purported successors to him, are also preliminarily **ENJOINED** from purporting to exercise the authority of the Inter-American Foundation Board or its President, unless a Board member shall be installed through the statutorily required advice-and-consent process, 22 U.S.C. § 290f(g), and thereby designates a new President.

Dated: _____, 2025

_____
The Hon. _____
United States District Judge