AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Cristosal Human Rights, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-857 |
| Peter Marocco, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Cristosal Human Rights, et al.

Date: March 24, 2025

/s/ Kate Talmor
*Attorney's signature*

Kate Talmor, Maryland bar
*Printed name and bar number*

600 New Jersey Ave., NW Washington, DC

*Address*

kt894@georgetown.edu
*E-mail address*

404-771-2964
*Telephone number*

*FAX number*