AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Cristosal Human Rights, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-857-LLA |
| Peter Marocco, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Cristosal Human Rights, et al.

Date: 03/24/2025

/s/ Samuel P. Siegel
*Attorney's signature*

Samuel P. Siegel 294404 (California Bar)
*Printed name and bar number*

600 New Jersey Avenue NW
Washington, DC 20001
*Address*

ss5427@georgetown.edu
*E-mail address*

(202) 661-6548
*Telephone number*

(202) 661-6730
*FAX number*