## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS *et al.*,

                Plaintiffs,

    v.                                                                                Civil Action No. 25-857

PETER MAROCCO *et al.*,

                Defendants.

## [PROPOSED] ORDER

Upon consideration of the motion of Constitutional Accountability Center for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for a preliminary injunction, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____
LOREN L. ALIKHAN
United States District Judge