AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Cristosal Human Rights ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-857 |
| Peter Marocco ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Constitutional Accountability Center.

Date: 03/24/2025

/s/ Miriam Becker-Cohen
*Attorney's signature*

Miriam Becker-Cohen (DC Bar No. 1616670)
*Printed name and bar number*

Constitutional Accountability Center
1200 18th Street NW, Suite 501
Washington, DC 20036
*Address*

miriam@theusconstitution.org
*E-mail address*

(202) 296-6889
*Telephone number*

*FAX number*