UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*Plaintiffs,*

*v.*

PETER MAROCCO et al.,

*Defendants.*

**Case No.** 1:25-cv-00857-LLA

## NOTICE

Plaintiffs write to provide additional factual information, and correct an inadvertent error, regarding counsel's response to the Court's questions at the April 2, 2025, preliminary-injunction hearing regarding the number of Inter-American Foundation employees scheduled to be separated from federal service through a reduction in force tomorrow, April 4, 2025. Specifically, undersigned counsel told the Court, based on the best available information, that about 39 people would be subject to that action. Counsel have since learned that, while there were 39 employees (or very close to that number) at the time of the actions described in Plaintiffs' complaint, some of those employees have either taken voluntary early retirement or accepted the "Fork in the Road" deferred resignation offer and thus are leaving federal employment through means other than the reduction in force challenged in Plaintiffs' complaint. Counsel now understand, on information and belief, that *thirty-two* employees are scheduled to be separated tomorrow.

April 3, 2025

Respectfully submitted,

/s/     Kate Talmor
Kate Talmor* (Maryland Bar)
Rupa Bhattacharyya)† (D.C. Bar No. 1631262)
Gregory Briker (D.C. Bar No. 90030391)
Mary B. McCord (D.C. Bar No. 427563)
Samuel P. Siegel* (California Bar No. 294404)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728
kt894@georgetown.edu
ss5427@georgetown.edu
gb954@georgetown.edu

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming. DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.*

†*Application for DDC Admission forthcoming*