# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PETER MAROCCO, *et al.*, <br><br> *Defendants*. | Civil Action No. 25 - 857 (LLA) |

## ORDER

On April 4, 2025, the court issued an order, *see* ECF No. 18-1, granting the plaintiff's motion for a preliminary injunction in *Aviel v. Gor*, No. 25-CV-778. In light of that order, which appears to grant all the preliminary relief requested by Plaintiffs in this action, it is hereby **ORDERED** that Plaintiffs shall show cause, on or before **5:00 p.m.** on **Monday, April 7, 2025**, whether the court is required to rule on Plaintiffs' Motion for a Preliminary Injunction, ECF No. 6, or whether the parties may proceed directly to expedited summary judgment briefing, in which case they should confer with the parties in *Aviel* and propose a joint briefing schedule on or before April 9, 2025.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: April 4, 2025