UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*Plaintiffs,*

*v.*

PETER MAROCCO et al.,

*Defendants.*

**Case No.** 1:25-cv-00857-LLA

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs write in response to this Court's April 4, 2025, order to show cause whether the Court is required to rule on Plaintiffs' pending preliminary-injunction motion, *see* ECF No. 6, or whether the parties may proceed to expedited summary judgment briefing, in light of the Court's order granting preliminary relief in *Aviel v. Gor*, No. 25-CV-778.

Plaintiffs' position is that, in light of the relief granted in *Aviel*, the Court is not at this time required to rule on Plaintiffs' pending motion. Plaintiffs note, however, that Defendants in *Aviel* have filed a notice of appeal and indicated their intent to seek a stay of this Court's ruling from the U.S. Court of Appeals for the D.C. Circuit, *see* ECF Nos. 26, 27, *Aviel*, No. 25-CV-778. Plaintiffs therefore wish to respectfully reserve the right to renew their motion should the status of this Court's order materially change.

Plaintiffs will confer with Defendants' counsel in this matter, and with counsel in *Aviel*, and file a proposed joint briefing schedule no later than Wednesday, April 9.

April 7, 2025                                             Respectfully submitted,

/s/    Kate Talmor
Kate Talmor* (Maryland Bar)
Rupa Bhattacharyya)† (D.C. Bar No. 1631262)
Gregory Briker (D.C. Bar No. 90030391)
Mary B. McCord (D.C. Bar No. 427563)
Samuel P. Siegel* (California Bar No. 294404)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728
kt894@georgetown.edu
ss5427@georgetown.edu
gb954@georgetown.edu

*Attorneys for Plaintiffs*

*\*DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.*

†*Application for DDC Admission pending*