IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al., *Plaintiffs,* v. PETE MAROCCO et al., *Defendants.* | Case No. 1:25-cv-00857-LLA |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiffs hereby move for summary judgment in their favor on each of their claims. Plaintiffs hereby request that the Court issue the attached proposed order, entering declaratory judgment against all Defendants and a permanent injunction against all Defendants except Defendant Trump.

April 18, 2025

Respectfully submitted,

*/s/ Kate Talmor*

Kate Talmor* (Maryland Bar)
Rupa Bhattacharyya† (D.C. Bar. No. 1631262)
Gregory Briker (D.C. Bar. No. 90030391)
Mary B. McCord (D.C. Bar. No. 427563)
Samuel P. Siegel* (California Bar)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6806
kt894@georgetown.edu
rb1796@georgetown.edu
gb954@georgetown.edu
mbm7@georgetown.edu
ss5427@georgetown.edu

*Attorneys for Plaintiffs*

*\*DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.*

†*Admission to DDC Bar pending.*