IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>PETE MAROCCO, in his official capacity as the Acting Deputy Administrator for Policy Planning and for Management and Resources for the U.S. Agency for International Development and Director of Foreign Assistance at the Department of State, *et al.*,[1]<br><br>*Defendants*. | Civil Action No. 1:25-cv-857-LLA |

**DEFENDANTS' CROSS-MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants respectfully cross-move to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), or, in the alternative, for summary judgment pursuant to Federal Rule of Civil Procedure 56. In support of this motion, Defendants refer the Court to the accompanying Memorandum in Support of Defendants' Cross-Motion to Dismiss or, in the alternative, for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), President Sara Aviel is automatically substituted for President Dominic Bumbaca as a Defendant.

1

Dated: May 2, 2025                          Respectfully submitted,

YAAKOV ROTH
*Acting Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

<u>/s/ *Alexander W. Resar*</u>
ALEXANDER W. RESAR
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*