# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PETE MAROCCO, in his official capacity as the Acting Deputy Administrator for Policy Planning and for Management and Resources for the U.S. Agency for International Development and Director of Foreign Assistance at the Department of State, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-857-LLA |

## [PROPOSED] ORDER

The Court having considered Defendants' Cross-Motion to Dismiss or, in the alternative, for Summary Judgment, Plaintiff's Motion for Expedited Summary Judgment, and the entire record in this case, it is hereby **ORDERED** that Defendants' motion is **GRANTED** and Plaintiff's Motion is **DENIED**. Judgment is hereby entered in favor of Defendants.

**IT IS SO ORDERED**.

Date: _____  _____
HON. LOREN L. ALIKHAN
United States District Judge