IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>PETE MAROCCO, in his official capacity as the Acting Deputy Administrator for Policy Planning and for Management and Resources for the U.S. Agency for International Development and Director of Foreign Assistance at the Department of State, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-857-LLA |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully inform the Court of the D.C. Circuit's order and *per curiam* concurring statement in the appeals consolidated under *Widakuswara v. Lake*, No. 25-5144 (D.C. Cir. May 3, 2025), attached as Exhibit A.[1]  Those actions were brought by employees, contractors, and grantees of the United States Agency for Global Media (USAGM) following USAGM leadership's decision to "place[] over 1,000 employees on administrative leave, terminate[] nearly 600 personal-service contractors, and terminated [Radio Free Asia] and [Middle East Broadcasting Networks] grant agreements for the 2025 fiscal year." Ex. A at 1.  As with the reduction in footprint to the Inter-American Foundation challenged in the instant action, these reductions followed an Executive Order directing USAGM leadership "to reduce the agency to the minimum level of operations required by statute." *Id.*

---

[1] Plaintiffs-Appellees have filed an emergency petition for rehearing en banc.  *See* Emergency Pet. For Rehearing En Banc, *Radio Free Asia v. United States*, No. 25-5150 (D.C. Cir. May 5, 2025).

The district court entered a preliminary injunction requiring USAGM to, amongst other things, "restore its employees and contractors to their pre-March 14 status" and "restore its FY 2025 grants." *Id.* USAGM appealed and sought a stay of those portions of the preliminary injunction. *Id.* at 2. The D.C. Circuit granted that stay, concluding that the government "is likely to succeed on the merits because the district court likely lacked subject-matter jurisdiction to enjoin USAGM's personnel actions and compel the agency to restore . . . FY 2025 grants." *Id.* at 2. The D.C. Circuit also held that plaintiffs were unlikely to prevail on their "impoundment, Presentment Clause, Appropriations Clause, Spending Clause, Take Care Clause, Separation-of-Powers, and *ultra vires* claims" because "these constitutional claims simply flow from allegations that the Executive Branch has failed to abide by governing congressional statutes, which does not suffice to trigger the distinctively strong presumptions favoring judicial review of constitutional claims." *Id.* at 8-9.

If necessary, Defendants will address this decision in greater detail on reply.

Dated: May 7, 2025                                    Respectfully submitted,

                                                      YAAKOV ROTH
                                                      *Acting Assistant Attorney General*

                                                      JOSEPH E. BORSON
                                                      *Assistant Branch Director*

                                                      /s/ *Alexander W. Resar*
                                                      ALEXANDER W. RESAR
                                                      *Trial Attorney*
                                                      U.S. Department of Justice
                                                      Civil Division, Federal Programs Branch
                                                      1100 L Street, NW
                                                      Washington, DC 20530
                                                      Telephone: (202) 616-8188
                                                      Email: alexander.w.resar@usdoj.gov

                                                      *Counsel for Defendants*