UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS, *et al.*,

*Plaintiffs,*

*v.*

PETER MAROCCO, *et al.*,

*Defendants.*

Case No. 1:25-cv-857-LLA

NOTICE

Plaintiffs write to apprise the Court of recent developments regarding the Inter-American Foundation. The Rescissions Act of 2025, Public Law 119-28, 119th Cong., July 24, 2025, partially rescinded the Foundation's appropriated funding. Specifically, Section (b)(17) rescinded $27 million "[o]f the unobligated balances" appropriated to the Foundation "by the Full-Year Continuing Appropriations Act, 2025."

This rescission does not impact Plaintiffs' grant funding, nor that of other similarly situated existing grantees, because their funding already has been obligated (and the rescission reaches only *unobligated* balances). On information and belief, however, neither Plaintiffs nor any other grantees have received grant disbursements since this case first was filed.

August 6, 2025

Respectfully submitted,

/s/ *Kate Talmor*
Kate Talmor* (Maryland Bar)
Rupa Bhattacharyya (D.C. Bar No. 1631262)
Gregory Briker (D.C. Bar No. 90030391)
Mary B. McCord (D.C. Bar No. 427563)
Samuel P. Siegel* (California Bar No. 294404)

Institute for Constitutional Advocacy
and Protection
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6806
kt894@georgetown.edu
ss5427@georgetown.edu
gb954@georgetown.edu

*Attorneys for Plaintiffs*

\* *DC Bar application pending, practice pursuant to Rule 49(c)(8), and supervised by DC Bar member.*

Institute for Constitutional Advocacy
and Protection
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6806
kt894@georgetown.edu
ss5427@georgetown.edu
gb954@georgetown.edu

*Attorneys for Plaintiffs*

\* *DC Bar application pending, practice pursuant to Rule 49(c)(8), and supervised by DC Bar member.*

