UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS, *et al.*,

*Plaintiffs,*

v.

PETER MAROCCO, *et al.*,

*Defendants.*

Case No. 1:25-cv-857-LLA

## MOTION TO MODIFY BRIEFING SCHEDULE

On August 13, 2025, this Court entered an order directing the parties to address how the D.C. Circuit's recent decision in *Global Health Council v. Trump*, ___ F.4th ____, No. 25-5097, 2025 WL 2326021 (D.C. Cir. Aug. 13, 2025), impacts this case. The Court further directed that if a rehearing petition is filed in *Global Health Council*, the parties should address whether this Court should stay this matter pending disposition of that petition. The Court ordered the parties to file their responses by August 29.

Since this Court entered its order, there have been several developments in *Global Health Council*. The plaintiff-appellees sought rehearing en banc on August 15, 2025, *see Global Health Council v. Trump*, No. 25-5097, D.C. Cir. Doc. No. 2130328, which has now been fully briefed. As of the time of this filing, the petition remains pending. On the same day, the plaintiffs-appellees filed an emergency motion for a stay of the three-judge panel's opinion and judgment pending en banc review. *Id.*, Doc. No. 2130281. On August 20, the en banc court rejected that request in a per curiam order, explaining that because the D.C. Circuit's mandate had not yet issued, "the preliminary injunction that requires the government to obligate the appropriated funds remains intact." *Id.*, Doc. No. 2130995. Separately, on August 15, the defendants in *Global Health Council* moved the district court to partially

stay its injunction in light of the three-judge panel's opinion. *See Global Health Council v. Trump*, No. 25-cv-400 (AHA), D.D.C. ECF No. 117. On August 25, the district court denied that request. *Id.*, ECF No. 126. Finally, on August 26, the defendants in *Global Health Council* filed an application in the United States Supreme Court asking that court to stay the district court's injunction pending resolution of the en banc proceedings in the D.C. Circuit and, if that court affirms the district court's injunction, pending the timely filing and disposition of a petition for a writ of certiorari and any further proceedings in the Supreme Court. *See Trump v. Global Health Council*, U.S. Supreme Court Case No. 25A227 at 1. The defendants further asked the Supreme Court for an immediate administrative stay pending the Court's consideration of the application; and asked the Court to resolve the application by September 2, 2025. *Id.* at 1–2.

In light of these developments, Plaintiffs in this case respectfully move this Court to postpone the deadline for supplemental briefs regarding the impact of *Global Health Council* on this case until 10 days after the Supreme Court has resolved the pending application for a stay of the district court's injunction and the D.C. Circuit has resolved the pending en banc petition (whichever is later). Resolution of both the application and the petition could materially affect the relevance of *Global Health Council* to this case. Plaintiffs submit that the better course is to delay any further briefing until they are decided.

Counsel for plaintiffs have conferred with counsel for defendants about this motion. Defendants' position is as follows:

> Defendants take no position on the motion and remain willing to address *Global Health Council*, including the possibility of en banc review and further appellate proceedings, in a submission on August 29.

August 27, 2025                                         Respectfully submitted,

/s/ *Samuel P. Siegel*
Kate Talmor* (Maryland Bar)
Rupa Bhattacharyya (D.C. Bar No. 1631262)
Mary B. McCord (D.C. Bar No. 427563)
Samuel P. Siegel (D.C. Bar No. 90035964 )
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6806
kt894@georgetown.edu
ss5427@georgetown.edu

*Attorneys for Plaintiffs*

* *DC Bar application pending, practicing pursuant to Rule 49(c)(8), and supervised by DC Bar member.*