UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PETER MAROCCO, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-857-LLA |

### UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO CERTAIN ARGUMENTS RAISED BY DEFENDANTS IN THEIR SUPPLEMENTAL BRIEF

On August 13, 2025, this Court entered an order directing the parties to file supplemental briefs "addressing how *Global Health Council* [*v. Trump*, No. 25-5097, 2025 WL 2326021 (D.C. Cir. Aug. 13, 2025)] impacts this case." The Court further directed the parties to address whether, if a rehearing petition was filed in that matter, "this court should stay this matter pending disposition of that petition." The Court ordered the briefs to be filed on August 29. On August 27, this Court granted Plaintiffs' motion to extend the deadline to "no later than ten days after the Supreme Court has resolved the pending application for a stay of the district court's injunction and the D.C. Circuit has resolved the pending en banc petition, whichever is later."

On September 8, the parties filed their supplemental briefs. Consistent with this Court's order, Plaintiffs limited their briefing to the impact of *Global Health Council* and the subsequent developments related to the en banc petition and Supreme Court stay motion referred to in the Court's August 27 order. *See* ECF No. 35. But Defendants went further: They argued that the Supreme Court's decision granting an application of a stay in *National Institutes of Health v. American Public Health Ass'n*, 606 U.S. ___, 2025 WL 2415669 (Aug. 21, 2025), "confirms that this Court lacks subject-matter jurisdiction over Plaintiffs' claims pertaining to grant terminations." ECF No. 36 at 3-4. They also argued that the

D.C. Circuit's recent decision in *Climate United Fund v. Citibank, N.A.*, ___ F.4th ____, 2025 WL 250881 (D..C. Cir. Sept. 2, 2025) supports that argument. *Id.* at 4. In addition, Defendants argued that the D.C. Circuit's decision in *National Treasury Employees Union v. Vought*, ___ F.4th ____, 2025 WL 2371608 (D.C. Cir. Aug. 15, 2025), "controls here as to Plaintiffs' separation-of-powers claim concerning the downsizing of the Inter-American Foundation." *Id.* at 10-11. And they suggested that this Court stay proceedings pending resolution of the renewed Supreme Court proceedings in *Global Health Council. Id.* at 14.

Plaintiffs respectfully request the opportunity to address these arguments. The Court has "inherent powers" to "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases." *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016). Affording Plaintiffs an opportunity to respond to the arguments noted above would be a "reasonable response to the problems and needs confronting the court's fair administration of justice." *Id.* (internal quotation marks omitted).

Plaintiffs respectfully request that they be given until Monday, September 22, to file their brief. This time is necessary to allow Plaintiffs' counsel to consult with their clients about developments in this case and related ones, including with respect to Defendants' argument that this matter should be stayed in light of the on-going proceedings in *Global Health Council* and other cases. That conversation requires coordination across multiple countries and languages. Finally, Plaintiffs respectfully request that they be afforded 10 pages to respond to Defendants' arguments about the issues noted above.

Counsel for Plaintiffs have conferred with Counsel for Defendants, who advised that they consent to this motion.

|  |  |
|---|---|
| September 11, 2025 | Respectfully submitted,<br><br>/s/ *Rupa Bhattacharyya*<br>Kate Talmor (D.C. Bar. No. 90036191)<br>Rupa Bhattacharyya (D.C. Bar No. 1631262)<br>Mary B. McCord (D.C. Bar No. 427563)<br>Samuel P. Siegel (D.C. Bar No. 90035964)<br>INSTITUTE FOR CONSTITUTIONAL ADVOCACY<br>   AND PROTECTION<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>(202) 661-6806<br>kt894@georgetown.edu<br>ss5427@georgetown.edu<br>rb1796@georgetown.edu<br><br>*Attorneys for Plaintiffs* |