UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS, *et al.*,

   *Plaintiffs,*

   v.

PETER MAROCCO, *et al.*,

   *Defendants.*

Case No. 1:25-cv-857-LLA

On September 11, 2025, Plaintiffs moved for leave to file a response to certain arguments raised by Defendants in their supplemental brief. *See* ECF No. 38. On September 17, this Court granted that request. Among other things, Plaintiffs asked for leave to address Defendants' suggestion that the Court stay these proceedings pending resolution of the application to stay the district court's injunction in *Department of State v. AIDS Vaccine Advocacy Coalition*, Supreme Court No. 25A269.

After further consideration, Plaintiffs now agree that this Court should hold these proceedings in abeyance pending further developments in one or more cases that could impact this case. Among other things, Plaintiffs recognize that a decision respecting the stay application in *AIDS Vaccine Advocacy Coalition* could be instructive to the resolution of this case. So too could the final resolution of two other cases that Defendants raised in their supplemental brief: *National Treasury Employees Union v. Vought*, __ F.4th ____, 2025 WL 2371608 (D.C. Cir. Aug. 15, 2025) and *Climate United Fund v. Citibank, N.A.*, ___ F.4th ____, 2025 WL 2502881 (D.C. Cir. Sept. 2, 2025). In particular, Plaintiffs note the possibility of further en banc proceedings in those cases. Indeed, the plaintiffs in *Climate United Fund* have already filed petitions for rehearing en banc. *See Climate United Fund*, D.C. Cir. Nos. 25-5122, 25-5123, Doc. 2134363 (Sept. 10, 2025) & Doc. 2134366 (Sept. 10, 2025). And the court in *National Treasury Employees Union* sua sponte ordered the Clerk to withhold issuance of the mandate

1

until seven days after disposition of any timely petition for rehearing or rehearing en banc. *Nat'l Treasury Emps. Union*, D.C. Cir. No. 25-5091, Doc. 2130274 (Aug. 15, 2025). The plaintiffs in that case have until September 29, 2025, to file a petition for rehearing or rehearing en banc. *See* Fed. R. App. P. 40(d)(1)(A)–(D).

In light of the developing state of the law on issues relevant to Plaintiffs' claims, Plaintiffs respectfully request that this Court hold this case in abeyance at this time. Plaintiffs further request that the Court order the parties to file a status report in 60 days on whether to continue the abeyance or reopen proceedings.

September 24, 2025

Respectfully submitted,

/s/ *Samuel P. Siegel*
Kate Talmor (D.C. Bar No. 90036191)
Rupa Bhattacharyya (D.C. Bar No. 1631262)
Mary B. McCord (D.C. Bar No. 427563)
Samuel P. Siegel (D.C. Bar No. 90035964)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6806
kt894@georgetown.edu
ss5427@georgetown.edu

*Attorneys for Plaintiffs*