UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*Plaintiffs,*

v.

PETER MAROCCO et al.,

*Defendants.*

**Case No.** 1:25-cv-00857-LLA

## JOINT STATUS REPORT

On October 7, 2025, this Court granted Plaintiffs' request for a stay of this matter in light of ongoing proceedings in the D.C. Circuit that may impact the availability of relief on Plaintiffs' claims, and ordered the parties to file a joint status report on or before December 8, 2025, "advising the court on next steps in the case," *see* Min. Order. The parties have conferred and agree that this case should remain stayed, with a further status report due in 60 days. Specifically, petitions for rehearing *en banc* remain pending in *Climate United Fund v. Citibank, N.A.*, D.C. Cir. Nos. 25-5122, 25-5123, Doc. Nos. 2134363 (Sept. 10, 2025), 2134366 (Sept. 10, 2025), as well as in *National Treasury Employees Union v. Vought*, D.C. Cir. No. 25-5091, Doc. 2137655 (Sept. 29, 2025). A grant of review in either or both of those matters could materially impact the resolution of Plaintiffs' claims here.

Accordingly, the parties respectfully request that this matter remain stayed, with a further status report due February 6, 2026.

December 8, 2025

Respectfully submitted,

/s/   *Kate Talmor*
Kate Talmor (D.C. Bar 90036191)
Rupa Bhattacharyya (D.C. Bar. No. 1631262)
Mary B. McCord (D.C. Bar. No. 427563)

Samuel Siegel (D.C. Bar. No. 90035964)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728
kt894@georgetown.edu
ss5427@georgetown.edu

*Attorneys for Plaintiffs*


BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100
L Street, NW
Washington, DC 20530
Telephone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

Counsel for Defendants