# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS et al.,

*Plaintiffs,*

v.

PETER MAROCCO et al.,

*Defendants.*

**Case No.** 1:25-cv-00857-LLA

## JOINT STATUS REPORT

On December 8, 2025, this Court continued the stay in this matter and ordered the parties to file a joint status report "advising the Court on next steps in the case" on or before February 6, 2026. Min. Order. The parties have conferred and agree that this case should remain stayed, with a further status report due in 60 days. Specifically, petitions for rehearing *en banc* have been granted in *Climate United Fund v. Citibank, N.A.*, D.C. Cir. Nos. 25-5122, 25-5123, as well as in *National Treasury Employees Union v. Vought*, D.C. Cir. No. 25-5091. Both cases are scheduled for oral argument on February 24, 2026. The decision in either or both of those matters could materially impact the resolution of Plaintiffs' claims here.

Accordingly, the parties respectfully request that this matter remain stayed, with a further status report due April 7, 2026.

February 6, 2026

Respectfully submitted,

/s/ *Samuel P. Siegel*
Kate Talmor (D.C. Bar 90036191)
Rupa Bhattacharyya (D.C. Bar. No. 1631262)
Mary B. McCord (D.C. Bar. No. 427563)
Samuel P. Siegel (D.C. Bar. No. 90035964)

    INSTITUTE FOR CONSTITUTIONAL ADVOCACY
      AND PROTECTION
    600 New Jersey Avenue, NW
    Washington, DC 20001
    (202) 661-6728
    kt894@georgetown.edu
    ss5427@georgetown.edu

*Counsel for Plaintiffs*


BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

<u>/s/ Alexander W. Resar</u>
ALEXANDER W. RESAR
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*