**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al.,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>PETER MAROCCO et al.,<br><br>*Defendants.* | **Case No.** 1:25-cv-00857-LLA |

## **JOINT STATUS REPORT**

On June 15, 2026, this Court continued the stay in this matter and ordered the parties to file a joint status report "advising the Court on next steps in the case" on or before August 7, 2026. Min. Order. Since the entry of that order, there have been a number of developments, but the parties have conferred and agree that this case should remain stayed, with a further status report to be filed in 60 days.

First, on August 4, 2026, the D.C. Circuit issued a per curiam decision concluding the *en banc* proceedings in *Climate United Fund v. Citibank, N.A.*, D.C. Cir. Nos. 25-5122, 25-5123. A majority of the *en banc* court affirmed paragraph two of the preliminary injunction entered by the district court, *see Climate United Fund v. Citibank N.A.*, No. 25-698, 2025 WL 1118430 (D.D.C., Apr. 15, 2025) (Chutkan, J.), enjoining the EPA Defendants from "effectuating EPA's March 11, 2025 'Notice of Termination'" of the grants at issue in that case. The remainder of the preliminary

injunction entered in the case was affirmed by an equally divided *en banc* court. The panel decision in *Climate United Fund*, 154 F.4th 809 (D.C. Cir. 2025), remains vacated and lacks binding precedential effect. *See* *Climate United Fund v. Citibank, N.A.*, No. 25-5122, 2025 WL 3663661, at *1 (D.C. Cir. Dec. 17, 2025)*; see also Media Matters for Am. v. Fed. Trade Comm'n*, 805 F. Supp. 3d 105, 126-27 (D.D.C. 2025) (Sooknanan, J.) (citations omitted). On the same day, the Court also ordered the Clerk to dissolve the administrative stay of the District Court's preliminary injunction after seven days.

Second, while *en banc* proceedings remain ongoing in *National Treasury Employees Union v. Vought*, D.C. Cir. No. 25-5091, the D.C. Circuit issued a limited remand to the District Court to enable it to decide, in the first instance, whether to modify, suspend, or dissolve the preliminary injunction in light of intervening developments. *See* Per Curiam Order, Doc. No. 2179628 (D.C. Cir., Jun. 19, 2026). The District Court, in turn, ordered the case held in abeyance in light of the intervening nomination and pending confirmation of a new Director of the Consumer Finance Protection Board. Minute Order, *Nat'l Treasury Emp. Union v. Vought,* No. 25-00381 (D.D.C., Jul. 10, 2026) (Jackson, J.). That case will remain in abeyance until 60 days after the nominee is confirmed or until January 3, 2027, if not confirmed by that date. The panel decision in *NTEU v. Vought*, 149 F.4th 762 (D.C. Cir. 2025), remains vacated and lacks binding precedential effect. *See Media Matters*, 805 F. Supp, 2d at 126-27.

Third, the Senate is considering the nomination of Juan Segura to be a Member of the Board of Directors of the Inter-American Foundation, which has been without any Board members since the previous Board members were purportedly dismissed by former Defendant Peter Marocco, who assumed a Board seat (unlawfully, Plaintiff contend), *see* Compl., ECF 1, ¶ 68, but who has since left government service. On July 30, 2026, the Senate approved a resolution to proceed to consider numerous pending nominations, including Mr. Segura's. Sen Res. 817, 119th Cong. (2026). Two additional nominees to the Foundation's Board, Kenneth Jackson and current Office of Management and Budget Director Russell Vought, have been referred to the Senate Committee on Foreign Relations and their confirmation processes are ongoing.

Plaintiffs are monitoring these developments and assessing next steps, including whether an amendment to the Complaint might be needed in light of intervening circumstances. Accordingly, the parties respectfully request that this matter remain stayed, with a further status report due October 6, 2026.

August 7, 2026

Respectfully submitted,

/s/ *Rupa Bhattacharyya*

Rupa Bhattacharyya (D.C. Bar. 1631262)
Mary B. McCord (D.C. Bar. 427563)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY & PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001 (202) 662-4036
Rb1796@georgetown.edu

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Kathryn E. Barragan*

KATHRYN E. BARRAGAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*