**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CRISTOSAL HUMAN RIGHTS et al.,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>PETER MAROCCO et al.,<br><br>*Defendants.* | **Case No.** 1:25-cv-00857-LLA |

## JOINT STATUS REPORT

On August 7, 2026, this Court continued the stay in this matter and ordered the parties to file a joint status report "advising the Court on next steps in the case" on or before October 6, 2026. Min. Order. At this time, the parties are engaged in discussions in an attempt to resolve this case or to narrow the issues posed. As a result, the parties agree that this case should remain stayed, with a further status report to be filed in 30 days updating the Court as to the result of those discussions and proposing any future next steps.

Accordingly, the parties respectfully request that this matter remain stayed, with a further status report due November 5, 2026.

October 5, 2026

Respectfully submitted,

/s/ *Rupa Bhattacharyya*

Rupa Bhattacharyya (D.C. Bar. 1631262)
Mary B. McCord (D.C. Bar. 427563)
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY & PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 662-4036
rb1796@georgetown.edu

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Kathryn E. Barragan*

KATHRYN E. BARRAGAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*