**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CRISTOSAL HUMAN RIGHTS et al.,

*Plaintiffs,*

*v.*

PETER MAROCCO et al.,

*Defendants.*

**Case No.** 1:25-cv-00857-LLA

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendants respectfully move under Federal Rule of Civil Procedure 6(b)(1)(A) to extend the deadline for the parties to file their separate supplemental statements setting forth the parties' position and proposing next steps in the case from November 19, 2026 to December 3, 2026. *See* Minute Order (Nov. 6, 2026). In support of this motion, Defendants state as follows:

1. On November 5, 2026, the Parties filed a joint status report agreeing that each side will file a supplemental statement to their pending motions (of no more than ten pages each) simultaneously on November 19, 2026, addressing the parties' respective positions on the appropriate resolution of the case and proposing next steps in this case. ECF No. 49.

2. On November 6, 2026, the Court ordered "that each party shall file a supplemental statement, not to exceed ten pages, setting forth the party's position

and proposing next steps in the case on or before November 19, 2026." Minute Order (Nov. 6, 2026).

3. Over the past two weeks, undersigned counsel has been engaged in a substantial litigation workload and attendant deadlines in other active matters. Counsel was also required to travel to the West Coast earlier this week for a dispositive motions hearing in another case, which significantly reduced the time available to prepare the briefing for this matter. Accordingly, Defendants respectfully request an extension of the applicable deadline.

4. This is Defendants' first request for an extension of time with respect to the Parties' supplemental filings.

5. Counsel for Defendants conferred over email with counsel for Plaintiffs in this case on November 17, 2026, and counsel for Plaintiffs indicated that they do not oppose this extension request.

WHEREFORE, Defendants respectfully request that the deadline for the Parties to file their respective supplemental statements be extended from November 19, 2026 by two weeks, to December 3, 2026.

November 18, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Kathryn E. Barragan*

KATHRYN E. BARRAGAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*